## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ADAMS, GRANT O.**<br>**516 St. Vincent Lane**<br>**Foster City, CA 94404** | ) |
| | ) |
| **ANDERSON, JIMMY R.**<br>**116 Scorpion Drive**<br>**Lakeway, TX 78734** | ) |
| | ) |
| **ARIAS, JOSE R.**<br>**7090 N.W. 109 Ct.**<br>**Doral, FL 33178** | ) **CASE NUMBER :**_____<br>) **JUDGE :** _____<br>) **DECK TYPE: General Civil** |
| **ATTAWAY, ROBERT H.**<br>**4518 East Olive Ave.**<br>**Gilbert, AZ 85234** | ) |
| | ) |
| **AVERA JR., TROY G.**<br>**580 W. Washington Street**<br>**Monticello, FL 32344** | ) |
| | ) |
| **AVERY, STEPHEN L.**<br>**11976 Marblehead Court**<br>**Indianapolis, IN 46236** | ) |
| | ) |
| **BAIRD, JAMES V.**<br>**9603 Viewside Dr.**<br>**Dallas, TX 75231** | ) |
| | ) |
| **BALDERRAMA, ABE R.**<br>**1916 E. Lodge Drive**<br>**Tempe, AZ 85283** | ) |
| | ) |
| **BALES, JEFFREY M.**<br>**8875 Greenmeadow Lane**<br>**Greendale, WI 53129** | ) |
| | ) |
| **BALKCOM, ROBERT EDWARD**<br>**192 South Airport Road**<br>**Tavernier, FL 33070** | ) |
| | ) |
| **BALLARD, MICHAEL W.**<br>**4444 Sentinel Rock Terrace**<br>**Larkspur, CO 80118** | ) |

BEAVIS, ROBERT LAWRENCE )
2350 NE 14th Street, Unit 510 )
Pompano Beach, FL 33062 )
)
BEISIEGEL, DIETER )
6161 Memorial Hwy. Apt. 1814 )
Tampa, FL 33615 )
)
BEITZ, BURTON E. )
3113 Wood TRL )
Flower Mound, TX 75022 )
)
BERNICK, JOHN W. )
2337 San Ysidro )
Camarillo, CA 93010 )
)
BRADLEY, KENNETH R. )
127 Northpoint Dr. )
Williamsburg, VA 23185 )
)
BRADY, TERRENCE J. )
1431 Prouty Dr. )
Evergreen, CO 80439 )
)
BRAKHOP. DALE E. )
4601 W. Earhart Way )
Chandler, AZ 85226 )
)
BRENNAN, PETER E. )
3699 Jefferson Township Pkwy )
Marietta, GA 30066 )
)
BRIGGS, ROBERT G. )
5805 Trailside Dr. )
Park City, UT 84098 )
)
BRUMBAUGH, DON F. )
715 Valley View Ct. )
Argyle, TX 76226 )
)
BRYE, COURTNEY W. )
5205 Whinnerg Rd. )
Winona, OH 44493 )
)
BUMFORD, JAMES G. )

324 Portofino Dr.                              )
Punta Gorda, FL 33950                          )
                                               )
**BURNETT, HORACE**                            )
8700 Blackhawk Rd.                             )
Amarillo, TX 79119                             )
                                               )
**BUSCHMANN JR., ROBERT O.**                   )
1089 Pine Country Court                        )
Prescott, AZ 86303                             )
                                               )
**CAMPAGNA, ANTHONY C.**                       )
249 Lynbrook St.                               )
Henderson, NV 89012                            )
                                               )
**CANTRELL III, JAMES ALFRED**                 )
140 Bright Water Dr. Unit 5                    )
Clearwater Beach, FL 33767                     )
                                               )
**CARIGNAN, STEPHEN ROBERT**                   )
1044 Terracina Dr.                             )
El Dorado Hills, CA 95762                      )
                                               )
**CARPICO, ERNEST A.**                         )
108 Bells Walk Ct.                             )
Holly Springs, N.C. 27540                      )
                                               )
**CARSWELL, GENE HAMILTON**                    )
5 Westwind Drive                               )
Hendersonville, NC 28791                       )
                                               )
**CASPERSON, GARY J.**                         )
106 Echwood Lane                               )
Cary, N.C. 27518                               )
                                               )
**CHAPAS, CHARLES F.**                         )
126 Derwent Drive                              )
Pittsburgh, PA 15237                           )
                                               )
**CHAPMAN, JACK W.**                           )
28676 Joslyn Rd.                               )
Gravois Mills, MO 65037                        )
                                               )
**CHAPPELL JR., CARL C.**                      )
976 Redfeather Ct.                             )
Incline Village, NV 89451                      )

| | |
|---|---|
| CISNEROS, ALFRED<br>1215 North Shore Dr.<br>Kemah, Texas 77565 | ) |
| | ) |
| CISZEK, KENNETH C.<br>2 Latigo Lane<br>Rolling Hills EST, CA 90274 | ) |
| | ) |
| COHEN, GORDON M.<br>12000 Meadow Lake Dr.<br>Argyle TX 76226 | ) |
| | ) |
| COLLETTE, TERRY LEE<br>5900 Landriene Drive<br>Roanotte, VA 24017 | ) |
| | ) |
| COLLIER, RICHARD L.<br>1845 N. Highway AIA #302<br>Indialantic, FL 32903 | ) |
| | ) |
| COLLINS, STEVEN E.<br>PMAB-336, Suite-23<br>1120 E. Huffman Road<br>Anchorage, AK 99515 | ) |
| | ) |
| CORLESS JR., GEORGE G.<br>5029 West Shore Dr.<br>Conyers, GA 30094 | ) |
| | ) |
| COX, DENNIS M.<br>25362 Westridge Rd.<br>Golden, CO 80403 | ) |
| | ) |
| CROCKETT, ROBERT MILTON<br>301 Eagle Point<br>McKinney, TX 75070 | ) |
| | ) |
| CROWE, MICHAEL J.<br>1925 Kansas Ave. NE<br>St. Petersburg, FL 33703 | ) |
| | ) |
| CULP, DAVID HAROLD<br>2123 Echo Lane<br>Wilmington, NC 28403 | ) |
| | ) |

DAVEY, BRUCE C.                              )
31616 Canyon Circle                          )
Evergreen, CO 80439                          )
                                             )
DAVIS JR., EDWARD A.                         )
2818 NW 43rd Pl.                             )
Cape Coral, FL 33993                         )
                                             )
DAVISON, LYNN C.                             )
8942 E. 25th St.                             )
Tucson, AZ 85710                             )
                                             )
DELUCCA, ARNALDO L.                          )
271 Hidden Valley Ln.                        )
Vacaville, CA 95688                          )
                                             )
DE PEYSTER, FRANCIS V.                       )
3965 Cedar Creek                             )
Reno, NV 89519                               )
                                             )
DILLARD, KENNETH A.                          )
12496 Kingspine Ave.                         )
San Diego, CA 92131                          )
                                             )
DOLL, JOHN MARTIN SMOKEY                     )
6704 Midwood Pkwy                            )
Austin, TX 78736                             )
                                             )
DOWGIALO, ROBERT W.                          )
3060 N. Atlantic Ave.                        )
Cocoa, FL 32931                              )
                                             )
DYE, WAYNE RONALD                            )
31972 Paseo Sagrado                          )
San Juan, Capistrano, CA 92675              )
                                             )
EMORY, GEORGE V.                             )
1474 N Fairview Ave.                         )
Goleta, CA 93117                             )
                                             )
ERB, ARTHUR RANDOLPH                         )
17708 F.M. 1485                              )
New Caney, TX 77357                          )
                                             )
EVERT, ROBERT L.                             )
W7255 Patchin Road                           )

Wyocena, WI 53969 )
)
**FORSYTHE, HUGH H.** )
**527 Forsythe Circle SE** )
**Leesburg, VA 20175** )
)
**FOX, THOMAS J.** )
**309 Belmont Ave.** )
**Haddonfield, NJ 08033** )
)
**FREEMAN, LARY E.** )
**210 Via Dijon** )
**Newport Beach, CA 92663** )
)
**FRIEND JR., WOODROW W.** )
**126 Paddock Dr.** )
**Nicholasville, KY 40356** )
)
**FRISARD, KENNETH G.** )
**5515 Conway Dr.** )
**Marietta, GA 30068** )
)
**FUHRMANN, ROBERT O.** )
**7332 Avenida Juarez** )
**Anaheim, CA 92808** )
)
**GALLOWAY, KENNETH R.** )
**2320 83rd St. NW** )
**Gig Harbor, WA 98332** )
)
**GARVIN JR., LOUIS ALLEN** )
**9 Hidden Valley Rd.** )
**Denton, TX 76208** )
)
**GEER, RONALD L.** )
**7135 286th St. NW** )
**Stanwood, WA 98292** )
)
**GERHARDT, ROGER** )
**17660 Fjord Drive** )
**Poulsbo, WA 98370** )
)
**GIBSON, ROBERT PATTON** )
**1550 Hazel Lane** )
**Winnetka, IL 60093** )
)

**GILLESPIE, TERRENCE LESLIE**
1271 Ocotillo Dr. 5
Cottonwood, AZ 86326

**GONZALEZ, FRANK MICHAEL**
3255 S. Purple Sage Dr.
Chandler, AZ 85248

**GOUDEY, RICHARD W.**
1859 Seclusion Dr.
Port Orange, FL 32128

**GRAHAM, DAVID JOSEPH**
840 N. Shore Dr.
Crystal Lake, IL 60014

**GROSSWILER, JAMES A.**
28575 Star Lane
Bigfork, MT 59911

**HARRISON, SUSAN W.**
432 Ocean Grove Circle
St. Augustine, FL 32080

**HARTLE, CHRIS**
1442 Hamlin Park Circle
Mt. Pleasant, SC 29466

**HAYES JR., VINCENT L.**
11 Belleza Ct.
Hot Springs Village, AR 71909

**HECKENDORN, ROBERT W.**
8156 Avery Lane
Sedro Wooley, WA 98284

**HEILBRUN JR., EDWARD DAVID**
3370 Braebourn Rd.
Huntingdon Valley, PA 19006

**HENRY, CHARLES E.**
2814 Andover Ave.
Midland, TX 79705

**HINCH, NICHOLAS J.**
17011 Lincoln Ave.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Parker, CO 80134                                )
                                                )
HODGSON, JAMES D.                               )
3130 Canterbury Dr.                             )
Allison Park, PA 15101                          )
                                                )
HOLLAND III, HERBERT STANLEY                    )
686 South Parkcrest Street                      )
Gilbert, AZ 85296                               )
                                                )
HOOPER JR., SAMUEL J.                           )
3652 Bittercreek Way                            )
Lilburn, GA 30047                               )
                                                )
HOSMER, CHARLES R.                              )
24236 Via Aquara Ave.                           )
Laguna Niguel, CA 92677                         )
                                                )
HOUGHTON, TIMOTHY J.                            )
22309 Mission Circle                            )
Chatsworth, CA 91311                            )
                                                )
HOUSEHOLDER, CARL G.                            )
2320 Sunset Ridge Lane                          )
Portersville, PA 16051                          )
                                                )
HURST, RICHARD D.                               )
3214 196th Ave. Ct. E.                          )
Lake Tapps, WA 98391                            )
                                                )
JACKSON, STEVEN REAGAN                          )
1818 Oak Shade Dr.                              )
Sugar Land, TX 77479                            )
                                                )
JACOBSON, DELLOYD J.                            )
407 Stonecastle Way                             )
Vaiaville, CA 95687                             )
                                                )
JOHNSON, DAVID R.                               )
11 Blanco Dr.                                   )
Edgewood, NM 87015                              )
                                                )
JOHNSTON, LOWELL E.                             )
1789 Mitchell Ct.                               )
Port Orange, FL 32128                           )
                                                )

KANE, GLEN J.
24753 Chris Dr.
Evergreen, CO 80439

KANE, PAUL E.
4137 Nalani Lane
Princeville, HI 96722

KEAVENEY, MARK D.
79410 Montego Bay Ct.
Bermuda Dunes, CA 92203

KEELEY, PATRICK F.
1056 Grassland Dr.
Idaho Falls, ID 83404

KIRCHNER, ROGER W.
8719 Sea Ash Cir.
Round Rock, TX 78681

KITCHENS, KENNETH CONWAY
7619 Lakeside Dr.
Milton, FL 32583

KLUTTS, JOE A.
Route 4 Box 49K
Okemah, OK 74859

KNAPP, ROBERT MARSHALL
169 McAFEE Bluff
Gray, TN 37615

KRISS, JOSEPH ANDREW
13511 Claudia Dr.
Hudson, FL 34667

KRUEGER, THOMAS J.
6494 Crampton Drive N.
Salem, Oregon 97303

LAMB, JOHN H.
11776 N. Labyrinth Dr.
Tucson, AZ 85737

LAND, RICHARD F.
2786 Starkey Rd.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

SaintJo, TX 76265        )
)
LANG, CHARLES P.        )
6223 Frinarz Sage Ct.        )
Albuquenoue, NM 87111        )
)
LAWYER, ROBERT A.        )
1509 E Catamaran Dr.        )
Gilbert, AZ 85234        )
)
LIERLEY, MICHAEL J.        )
3862 Colonel Vanderhorst Circle        )
Mount Pleasant, SC 29466        )
)
LIONETTI, GERARD D.        )
821 E. Noe Rd.        )
Larkspur, CO 80118        )
)
LORBER, ANTHONY E.        )
502 Dinali Drive        )
Martinsburg, WV 25403        )
)
LUND, DOUGLAS R.        )
470 Columbine Lane        )
West Chicago, IL 60185        )
)
LUNDSBERG, CHARLES W.        )
1742 Sterling Dr.        )
Sycamore, IL 60178        )
)
LYNCH, JOBETH G.        )
680 Fair Fax Way        )
Williamsburg, VA 23185        )
)
LYNCH, MARGARET EMILY        )
2638 Irma Lake Drive        )
West Palm Beach, FL 33411        )
)
MANN JR., WILLIAM B.        )
17825 Sorrelwood Ct.        )
Parrish, FL 34219        )
)
MARSOLAN, STAN H.        )
1020 Montgomery St.        )
Mandeville, HI 70448        )
)

MARTIN, ROGER C.                                    )
412 Heliitrope Ave.                                 )
Corona Del Mar, CA 92625                            )
                                                    )
MARTIN, ROY LEE                                     )
8540 E McDowell Rd. #92                             )
Mesa, AZ 85207                                      )
                                                    )
MARTIN, WILFRED MICHAEL                             )
11875 Old England Dr.                               )
Colorado Springs, CO 80908                          )
                                                    )
MCCLOUD, THOMAS H.                                  )
2819 Saddlebrook Way                                )
Marietta, GA 30064                                  )
                                                    )
MCCORD, DAVID M.                                    )
1536 Cochran Rd.                                    )
Mt. Lebanon, PA 15243                               )
                                                    )
MCCORMICK, KEITH L.                                 )
2044 Ocean Ridge Circle                             )
Vero Beach, FL 32963                                )
                                                    )
MCDERMOTT, THOMAS H.                                )
8906 Cuyamaca Street                                )
Corona, CA 92883                                    )
                                                    )
MCGRATH, JAMES R.                                   )
8403 Pioneer Circle                                 )
Rapid City, S.D. 57702                              )
                                                    )
MCSTAY, JAMES WILLIAM                               )
1651 Williamsburg Rd.                               )
Pittsburgh, PA 15243                                )
                                                    )
MEDLING, HAL J.                                     )
263 Windover Grove Drive                            )
Memphis, TN 38111                                   )
                                                    )
MEHEW, JAMES H.                                     )
720 Broadway                                        )
Sonoma, CA 95476                                    )
                                                    )
MEYER, WILLIAM M.                                   )
5011 Seashore Drive                                 )

Newport Beach, CA 92663     )
)
MICKELSON, MELVIN H.    )
2616 Cruise Bay Ct.      )
Salt Lake City, UT 84121    )
)
MICKLE, DAVID B.      )
11116 W. Citrus Grove Way   )
Avondale, AZ 85392     )
)
MILLER, WILLIAM GEORGE  )
2023 N Main St. Apt. 302A   )
Wheaton, IL 60187      )
)
MITTELSTAEDT, ALAN R.   )
10591 E. Cordova St.     )
Gold Canyon, AZ 85218    )
)
MONBECK, JAMES HAROLD  )
18104 87th Ave. East     )
Puyallup, WA 98375     )
)
MORELAND, EDMOND S.   )
908 Leslie Lane       )
Friendswood, TX 77546    )
)
MORGAN, RICHARD C.    )
2003 Spottswood Rd.     )
Charlottesville, VA 22903   )
)
MUNROE, BRUCE R.     )
9243 West 107th Place    )
Westminster, CO 80021    )
)
MURRAY, SCOTT B.     )
4359 Columns Dr.      )
Marietta, GA 30067     )
)
MUSICK JR., CHARLES R.   )
9700 SW 127 Street     )
Miami, FL 33176      )
)
MYERS JR., EARL H.     )
1817 Wright Dr.       )
Port Orange, FL 32128    )
)

NELSON, LLOYD LEE                          )
4006 Hampletonian Ct.                      )
Austin, TX 78746                           )
                                           )
NEWTON, MICHAEL E.                         )
7134 S. Sedalia St.                        )
Foxfield, CO 80016                         )
                                           )
NIBUR, PAUL W.                             )
6497 E. Appaloosa, Ave.                    )
Clovis, CA 93619                           )
                                           )
NORMAN, LARRY A.                           )
8 Shipley Ct.                              )
Pittstown, NJ 08867                        )
                                           )
O'DANIEL, SAMUEL CLINTON                   )
2182 Augusta Dr.                           )
Evergreen, CO 80439                        )
                                           )
ORME, BRIAN DOUGLAS                        )
16 Allegheny                               )
Irine, CA 92620                            )
                                           )
PAINTER, THOMAS                            )
603 Ashland Ave.                           )
Dundee, IL 60118                           )
                                           )
PARK JR., TOM NEWTON                       )
12627 Wild Lilac Ct.                       )
Huntersville, NC 28078                     )
                                           )
PASEWALK, MARC                             )
3262 Salida Way                            )
Aurora, CO 80013                           )
                                           )
PATTERSON, Ven Ralf                        )
3230 E. Flamingo Rd.                       )
Suite 8-277                                )
Las Vegas, NV 89121                        )
                                           )
PEET, MICHAEL J.                           )
9085 E. Mississippi Ave. M 201             )
Denver, CO 80247                           )
                                           )
PELHAM, DAVID E.                           )

504 Clear Spring Ct.　　　　　　　　　)
Brentwood, TN 37027　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
**PENTLAND, IRWIN**　　　　　　　　　)
2430 SW Island Creek Trail　　　　　　)
Palm City, FL 34990　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
**PERSKY, DONALD N.**　　　　　　　　)
283 Marina Boulevard　　　　　　　　　)
San Francisco, CA 94123　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
**PETERS, JAMES A.**　　　　　　　　　)
2126 Driftwood Rd.　　　　　　　　　　)
Lakesite, TN 37379　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
**PETERSON, BERTIL R.**　　　　　　　)
1008 Bert Rd.　　　　　　　　　　　　　)
Media, PA 19063　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
**PETTET, DENNIS C.**　　　　　　　　　)
71 Woodward Ave.　　　　　　　　　　　)
Sausalito, CA 94965　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
**PIERCE, CHARLES J.**　　　　　　　　)
480 Gold Bullion Dr. E　　　　　　　　　)
Dawsonville, GA 30534　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
**POTTER, JAMES MALVIN**　　　　　　)
37850 Cessna Way　　　　　　　　　　　)
Unit 3W　　　　　　　　　　　　　　　)
Watkins, CO 80137　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
**PROSSER, GARY L.**　　　　　　　　　)
161 Lupine Dr.　　　　　　　　　　　　)
Sequim, WA 98382　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
**RADCLIFF, CHARLES TIMOTHY**　　　)
812 Third Ave.　　　　　　　　　　　　)
Longmont, CO 80501　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
**RICHMOND, DOUGLAS WARREN**　　　)
3736 77 PL SE　　　　　　　　　　　　　)
Merler Island, WA 98040　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
**RICHTER, RUDOLPH D.**　　　　　　　)
1730 Basin St.　　　　　　　　　　　　　)

Merrit Island, FL 32953                          )
                                                 )
RIEBE, DONALD E.                                 )
18732 East Ida Avenue                            )
Aurora, CO 80015                                 )
                                                 )
RITCHIE, ROBERT C.                               )
11537 Sagewood Ln.                               )
Parker, CO 80128                                 )
                                                 )
ROBERTS, ROBERT L.                               )
7 Treehaven Lane                                 )
The Hills, TX 78738                              )
                                                 )
RODGERS JR., PAUL J.                             )
42 Wimbledon Way                                 )
San Rafael, CA 94901                             )
                                                 )
RODRIGUEZ, RUDY JAMES                            )
30081 Goosepoint Court                           )
Port Royal, VA 22535                             )
                                                 )
ROGALSKI, WILLIAM J.                             )
7041 Silverado TRL.                              )
Napa, CA 94558                                   )
                                                 )
ROSENTHAL, EDWARD P.                             )
1148 Provence Place                              )
New Braunfels, TX 78132                          )
                                                 )
ROY, DANIEL R.                                   )
36820 Lake Yale Dr.                              )
Grand Island, FL 32735                           )
                                                 )
SAVAGE, WAYNE G.                                 )
536 Pine Valley Rd. SE                           )
Marietta, GA 30067                               )
                                                 )
SCHICHTEL, HAROLD S.                             )
14454 Devington Way                              )
Fort Myers, FL 33912                             )
                                                 )
SCHNEIDER, DAVID W.                              )
9876 N. 100th Pl.                                )
Scottsdale, AZ 85258                             )
                                                 )

SCHOTT, FRANK THEODORE )
921 Northeast Drive #25 )
Davidson, NC 28036 )
)
SCHUCK, JEROME J. )
2721 Athens Ave. )
Carlsbad, CA 92010 )
)
SEIN, LORENZO M. )
2005 Eagle Drive )
Edmond, OK 73034 )
)
SHAHBAZ, CLIFFORD J. )
2270 SW Humphrey Park Rd. )
Portland, OR 97221 )
)
SHEPARD, GARY C. )
11540 N. Quayside Dr. )
Hollywood, FL 33026 )
)
SKOOG, RICHARD L. )
155 Windward )
Alexander City, AL 35010 )
)
SMITH, BRADLEY V. )
7211 Surfbird Circle )
Carls Bad, CA 92011 )
)
SMITH, SIDNEY F. )
131 Bear Dr. )
Evergreen, CO 80439 )
)
SMITH, WILLIAM DAVID )
1156 Balaton Ln. #207 )
Greenwood, IN 46143 )
)
SPEACE, LYLE M. )
8225 Halsey )
Lenexa, KS 66215 )
)
STOVER, BRUCE L. )
14790 Donatello Ct. )
Bonita Springs, FL 34135 )
)
STRUTHERS, WILLIAM WOOD )
89 Smith Street )

Charleston, SC 29401 )
 )
SULLIVAN, JAMES P. )
6802 Peace River Dr. )
Spring, TX 77379 )
 )
SWELLER, JAMES R. )
9795 Tall Grass Circle )
Lone Tree, CO 80124 )
 )
TAYLOR, CURTIS L. )
7983 182nd Pl. )
McAlpin, FL 32062 )
 )
TETLOW, LEWIS J. III )
16 Steppingstone Rd. )
Bedford, NH 03110 )
 )
TETREAULT JR., FRANK H. )
5617 N. 9th St. )
Arlington, VA 22205 )
 )
THOMAS, MARK D. )
2480 Huntingdale Lane )
Oviedo, FL 32765 )
 )
THOMAS, ROBERT F. )
104 Coral Way )
Key Largo, FL 33037 )
 )
TIGHE, THOMAS JAMES )
6021 Carniglia Ln. )
Petaluma, CA 94952 )
 )
TUBOR, LARRY I. )
617 Sugarbush Cove So. )
Collierville, TN 38017 )
 )
VAN WORMER, KENNETH WILSON )
2109 Charles Dewitt Way )
Alpine, CA 91901 )
 )
VERNON, FREDERICK GEORGE II )
2306 Poplar Park )
Kingswood, TX 77339 )
 )

VICK, AKEARY G.                              )
3056 Patrick Place Circle                    )
Clover, SC 29710                             )
                                             )
VOGT, DANIEL                                 )
46 Granite Hill Rd.                          )
Killingworth, CT 06419                       )
                                             )
WALCZAK, WAYNE                               )
3307 Lambrusco Lane                          )
Leandier, TX 78641                           )
                                             )
WALTERS, GEORGE J.                           )
7477 E. Windlawn Way                         )
Parker, CO 80134                             )
                                             )
WARD III, THOMAS HENRY                       )
14525 SW Millikan Way Apt. 12829             )
Beaverton, OR 97005                          )
                                             )
WARFIELD, LOUIS RICHARD                      )
9311 Whistling Stratts Dr.                   )
Fort Mill, SC 29707                          )
                                             )
WATKINS, RONNY C.                            )
3404 Nancy Court                             )
Plano, TX 75023                              )
                                             )
WEBB, GARY W.                                )
4121 Caligiuri Canyon Rd.                    )
Vacaville, CA 95688                          )
                                             )
WEILAND, HENRY J.                            )
30165 Hillside Terrace                       )
San Juan Capistrano, CA 92675                )
                                             )
WELLS, CHRISTOPHER C.                        )
16446 South 1st Ave.                         )
Pheonix, AZ 85045                            )
                                             )
WOODY, JAMES RUSSELL                         )
72 Laurinburg St.                            )
Ocean Isle Beach, NC 28469                   )
                                             )
ZAKARIJA, IKO                                )
121 Woodmere Ct.                             )



| | |
|---|---|
| Paoli, PA 19301 | ) |
| | ) |
| ZANDSTRA, STEVEN PETER | ) |
| 2703 NW 116th St. | ) |
| Vancouver, WA 98685 | ) |
| | ) |
| | ) |
| **Plaintiffs,** | ) |
| v. | ) |
| | ) |
| THE UNITED STATES OF AMERICA | ) |
| | ) |
| RAY LAHOOD | ) |
| Secretary of Transportation | ) |
| U.S. Department of Transportation | ) |
| 1200 New Jersey Ave, SE | ) |
| Washington, DC 20590 | ) |
| | ) |
| J. RANDOLPH BABBITT | ) |
| FAA Administrator | ) |
| Orville Wright Bldg. (FOB10A) | ) |
| FAA National Headquarters | ) |
| 800 Independence Ave., SW | ) |
| Washington, DC 20591 | ) |
| | ) |
| **Defendants,** | ) |
| | ) |

## COMPLAINT FOR DECLARATORY RELIEF

Mr. Grant O. Adams, and hundreds of other senior pilots (hereinafter "the Plaintiffs") bring this Complaint and allege as follows:

## NATURE OF THE ACTION

1.  This is an action seeking declaratory relief to protect the Plaintiffs from discriminatory treatment under Fair Treatment for Experienced Pilots Act, Pub. L. No. 110-135, 121 Stat. 1450 (2007) (FTEPA) and related policies of the United States.

2.     This action further seeks declaratory relief from policies of the Federal Aviation Administration (FAA) that have allowed disparate and discriminatory treatment of pilots based on their age.

3.     FTEPA and the FAA policies have denied the property interests of the senior pilots in their accrued seniority status and benefits as well as their future earnings as capable and qualified pilots.

4.     The senior pilots have property interests in their past and future accrued seniority, benefits, and salaries that have been denied on the basis of their age without recourse to judicial review or relief.

## JURISDICTION

5.     This Court has subject matter jurisdiction over this action pursuant 28 U.S.C. § 1331 (Federal question), arising under a constitutional and statutory challenge (5 U.S.C. 702) of the Fair Treatment for Experienced Pilots Act, Pub. L. No. 110-135, as incorporated into the Fair Labor Standards Act, 29 U.S.C. § 211(b) et. seq., and a related policy of the Federal Aviation Administration.

6.     Venue is proper pursuant to 28 U.S.C. § 1391(e) (2006).

7.     This Court has the authority to render injunctive and declaratory relief pursuant to 28 U.S.C. §§ 2201 and 2202 (2006).

## THE PARTIES

### *Definitions*

8.    Air Carrier is defined consistent with section 40102 of title 49, United States Code "as a citizen of the United States undertaking by any means, directly or indirectly, to provide air transportation." 42 U.S.C. § 40102(a)(2).

9.    Airline Pilots Association ("ALPA") is a labor organization as defined in the Age Discrimination and Employment Act, 29 U.S.C. § 630(d), and a union with a principal place of business and headquarters in Washington, D.C.. ALPA represents members of the airline piloting profession.

10.   The Federal Aviation Administration (FAA) is an agency of the United States Department of Transportation with authority to regulate and oversee all aspects of civil aviation in the U.S.

11.   Part 91 Pilots are pilots who fly pursuant to 14 C.F.R. Part 91 which includes flights that are not revenue producing such as maintenance flights or re-positioning aircraft. This section also covers both corporate and private aircraft.

12.   Part 121 Pilots who fly pursuant to 14 C.F.R. Part 121, which includes regulations for large commercial aircraft with passengers as well as cargo aircraft.

13.   "Senior pilots" for the purposes of this filing are defined as pilots subject to the new Age 60 rule because they attained 60 years of age before December 13, 2007.

14.   Seniority status refers to the ranking of pilots based on their time of hire or longevity in service.

15.   United States Department of Transportation (DOT) is a federal Cabinet

department of the United States government established by an act of Congress on October 15, 1966, Pub. L. No. 89-670, 80 Stat. 931 (1966), and administered by the United States Secretary of Transportation.

### *The Plaintiffs*

16.    Grant O. Adams is an experienced pilot who has flown commercial aircraft and has a birthdate of 06/27/1947. He was last employed by United Airlines and worked there for twenty-eight years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He resides in California and is not currently employed.

17.    Jimmy R. Anderson is an experienced pilot who has flown commercial aircraft and has a birthdate of 03/05/1938. He was last employed by United Airlines and worked there for thirty-two years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He resides in Texas and is not currently employed.

18.    Jose R. Arias is an experienced pilot who has flown commercial aircraft and has a birthdate of 12/12/1947. He was last employed by US Airways and worked there for twenty years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He is a veteran who honorably served in United States Army from 1969-1971. He resides in Florida and is currently employed by Airbus, an aircraft manufacturing subsidiary of EADS, a European aerospace company.

19.    Robert H. Attaway is an experienced pilot who has flown commercial aircraft and has a birthdate of 08/20/1947. He was last employed by America West

Airlines. As a result of the Age 60 Rule, this pilot has lost seniority status, benefits and salary rates. He resides in Arizona and is not currently employed.

20.    Troy G. Avera, Jr. is an experienced pilot who has flown commercial aircraft and has a birthdate of 05/12/1947. He was last employed by United Airlines and worked there for twelve years. As a result of the Age 60 Rule, this pilot has lost seniority status, benefits and salary rates. He honorably served in the United States Navy. He resides in Florida and is currently employed by COPA Airlines, a company based in Panama City, Panama.

21.    Stephan L. Avery is an experienced pilot who has flown commercial aircraft and has a birthdate of 09/02/1946. He was last employed by US Airways and worked there for nineteen years. As a result of the Age 60 Rule, this pilot has lost seniority status, benefits and salary rates. He resides in Indiana and is not currently employed.

22.    James V. Baird is an experienced pilot who has flown commercial aircraft and has a birthdate of 02/21/1946. He was last employed by Southwest Airlines and worked there for twenty years. As a result of the Age 60 Rule, this pilot has lost seniority status, benefits and salary rates. He is an Air Force veteran who served from 1968-1974 and was awarded the 2 Distinguished Flying Crosses, 21 Air Medals, and a Joint Service Commendation Medal. He resides in Texas and is currently employed by Copa Airlines, a company based in Panama City, Panama.

23.    Abe Balderrama is an experienced pilot who has flown commercial aircraft and has a birthdate of 05/30/1947. He was last employed by US Airways and

worked there for twenty-three years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and seventy percent (70%) of his salary. He honorably served in the United States Air Force. He resides in Arizona and is currently employed by US Airways, but has not flown an aircraft since his final flight with US Airways on 5/24/2007.

24.   Jeffrey M. Bales is an experienced pilot who has flown commercial aircraft and has a birthdate of 09/08/1947. He was last employed by United Airlines and worked there for twenty-one years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He served in the United States Army from 1967-1970 and was awarded the Distinguished Flying Cross, the Bronze star and the Air Medal with 13 clusters. He resides in Wisconsin and is not currently employed.

25.   Robert Edward Balkcom is an experienced pilot who has flown commercial aircraft and has a birthdate of 12/04/1944. He was last employed by United Airlines. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He served in the United States Air Force and was awarded the Distinguished Flying Cross, the Air Medal with Clusters, and the Vietnam Service Medal. He resides in Florida and is not currently employed.

26.   Michael Wayne Ballard is an experienced pilot who has flown commercial aircraft and has a birthdate of 08/01/1947. He was last employed by United Airlines and worked there for thirty years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates.  He served in the United States Air Force from 1970-1977 during which time he participated in 217

Combat Missions in Vietnam and was awarded the Distinguished Flying

Cross and the Air Medal with Oak Leaf Clusters (hereinafter OLC). He

resides in Colorado and is not currently employed.

27.     Robert Lawrence Beavis is an experienced pilot who has flown commercial

aircraft and has a birthdate of 01/20/1943. He was last employed by United

Airlines and worked there for thirty-four years. As a result of the Age 60 Rule,

this pilot lost seniority status, benefits and salary rates. He is a veteran who

served in the United States Marine Corps and was awarded the Purple Heart,

the Combat Action Medal, and the Distinguished Flying Cross.  He resides in

Florida and is currently self-employed.

28.     Dieter Beisiegel is an experienced pilot who has flown commercial aircraft

and has a birthdate of 05/30/1947. He was last employed by American

Airlines. As a result of the Age 60 Rule, this pilot lost seniority status,

benefits and salary rates. He is a veteran who served in the United States

Marine Corps. He resides in Florida and is not currently employed.

29.     Burton E. Beitz is an experienced pilot who has flown commercial aircraft and

has a birthdate of 12/15/1946. He was last employed by Southwest Airlines.

As a result of the Age 60 Rule, this pilot lost seniority status, benefits and

salary rates. He was a T-38 instructor pilot from 1972-1975. He resides in

Texas and is currently employed by Southwest Airlines with a salary decrease

of $240,000.

30.     John W. Bernick is an experienced pilot who has flown commercial aircraft

and has a birthdate of 07/18/1947. He was last employed by Flying Tigers

USAF/ANG. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He resides in California and is currently employed by Federal Express.

31.    Kenneth R. Bradley is an experienced pilot who has flown commercial aircraft and has a birthdate of 01/01/1941. He was last employed by United Airlines and worked there for thirty-five years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He served in the United States Air Force. He resides in Virginia and is not currently employed.

32.    Terrence J. Brady is an experienced pilot who has flown commercial aircraft and has a birthdate of 07/13/1947. He was last employed by United Airlines and worked there for fifteen years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He is a veteran who served in the United States Air Force from 1969-1991 and retired as a Colonel after receiving the Legion of Merit, Defense Meritorious Service Medal, Air Medal, Air Force Outstanding Unit Award with Valor, Combat Readiness Medal, National Defense Service Medal and ten other medals. He resides in Colorado and is not currently employed.

33.    Dale E. Brakhop is an experienced pilot who has flown commercial aircraft and has a birthdate of 10/13/1946.  He was last employed by America West Airlines/US Airways and worked there for nineteen years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He resides in Arizona and is not currently employed.

34.    Peter E. Brennan is an experienced pilot who has flown commercial aircraft

and has a birthdate of 09/07/1947. He was last employed by Delta Airlines. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He served in the United States Air Force 1969-1989 and was awarded the Distinguished Flying Cross with two OLC, the Air Medal with 12 OLC, the Air Force Commendation Medal with 1 OLC, Meritorious Service Medal, and the Vietnam Service Medal with two OLCs. He resides in Georgia and is currently employed by Copa Airlines, a company based in Panama City, Panama.

35.     Robert G. Briggs is an experienced pilot who has flown commercial aircraft and has a birthdate of 09/10/1947.  He was last employed by United Airlines and worked there for twenty-nine years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He served in the United States Army from 1971-1973 and was awarded a Battalion Commendation. He resides in Georgia and is currently employed by Copa Airlines, a company based in Panama City, Panama.

36.     Don F. Brumbaugh is an experienced pilot who has flown commercial aircraft and has a birthdate of 12/22/1946. He was last employed by Southwest Airlines and worked there for twenty-eight years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He served in the United States Navy and was awarded three Combat Air Medals and the Navy Commendation Medal. He resides in Texas and is currently employed by Southwest Airlines Pilots' Association.

37.     Courtney W. Brye is an experienced pilot who has flown commercial aircraft

and has a birthdate of 06/01/1947. He was last employed by US Airways and worked there for twenty-six years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He served in the United States Air Force from 1970-1979 and was awarded three Air Medals and the USAF Meritious Service Medal.  He resides in Ohio and is currently employed by SAFI Airways based in Dubai, UAE and Kabul, Afghanistan.

38.     James G. Bumford is an experienced pilot who has flown commercial aircraft and has a birthdate of 08/19/1947. He was last employed by US Airways and worked there for twenty-nine years. As a result of the Age 60 Rule, this pilot seniority status, benefits and salary rates. He served in the United States Navy/US Naval Reserves from 1969-1995 and was awarded 25 Strike Flight Air Medals, Individual Air Medal, Navy Commendation Medal with Combat V, Navy Achievement Medal with Combat V, Navy Unit Citation, Navy "E" Ribbon, Combat, Action Ribbon, National Defense Service Medal, Vietnamese Cross of Gallantry with Silver Star, Vietnamese Service Medal, Vietnamese Campaign Medal, and the Vietnamese Unit Citation. He resides in Florida and is not currently employed.

39.     Horace Burnett is an experienced pilot who has flown commercial aircraft and has a birthdate of 11/05/1946.  He was last employed by Southwest Airlines and worked there for fourteen years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He resides in Texas and is currently employed by Copa Airlines, a company based in Panama City, Panama.

40.     Robert O. Buschmann, Jr. is an experienced pilot who has flown commercial aircraft and has a birthdate of 06/23/1946. He was last employed by Southwest Airlines and worked there for twenty-nine years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He served in the United States Navy/Navy Reserve from 1968-2003. He resides in Arizona and is not currently employed.

41.     Anthony C. Campagna is an experienced pilot who has flown commercial aircraft and has a birthdate of 07/20/1941. He was last employed by United Airlines and worked there for thirty-one years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He resides in Nevada and is not currently employed.

42.     James Alfred Cantrell III is an experienced pilot who has flown commercial aircraft and has a birthdate of 10/27/1947. He was last employed by US Airways and worked there for twenty-nine years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He served in the United States Navy and was awarded a letter of commendation from the Secretary of the Navy. He resides in Florida and is not currently employed.

43.     Stephan Robert Carignan is an experienced pilot who has flown commercial aircraft and has a birthdate of 11/16/1947. He was last employed by United Airlines and worked for that company for twenty-nine years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He served in the United States Navy and Naval Reserve from 1971-1979 and was awarded the National Offence Service Medal, the Civilian Desert Shield and

Desert Storm Medal for flying Civil Reserve Air Fleet (CRAF) missions. He resides in California and is not currently employed.

44.     Ernest A. Carpico is an experienced pilot who has flown commercial aircraft and has a birthdate of 01/31/1947. He was last employed by United Airlines and worked there for twenty-nine years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He served in the United States Navy from 1968-1971. He resides in North Carolina and is not currently employed.

45.     Gene Hamilton Carswell is an experienced pilot who has flown commercial aircraft and has a birthdate of 01/12/1947. He was last employed by US Airways. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He served in the United States Air Force and was awarded the Vietnam Medal of Gallantry with Palm Vietnam Service Medal, the Air Force Unit Citation, and SAC Combat Crew of the Month. He resides in North Carolina and is not currently employed.

46.     Gary J. Casperson is an experienced pilot who has flown commercial aircraft and has a birthdate of 06/23/1947. He was last employed by US Airways and worked there for twenty-nine years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates.  He resides in North Carolina and is not currently employed.

47.     Charles F. Chapas is an experienced pilot who has flown commercial aircraft and has a birthdate of 11/09/1947. He was last employed by US Airways and worked there for seventeen years. As a result of the Age 60 Rule, this pilot

lost seniority status, benefits and salary rates. He served in the Pennsylvania Air National Guard from 1969-1990. He resides in Pennsylvania and is not currently employed.

48.  Jack W. Chapman is an experienced pilot who has flown commercial aircraft and has a birthdate of 09/20/1947. He was last employed by Southwest Airlines and worked there for eleven years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He served in the USAF/ANG as a Navigator B-57, C-54 from 1970-1974. He resides in Missouri and is not currently employed by an aviation company.

49.  Carl C. Chappell, Jr. is an experienced pilot who has flown commercial aircraft and has a birthdate of 09/21/1947. He was last employed by US Airways and worked there for twenty-two years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates.  He served in the United States Marine Corps from 1969-1976. He resides in Nevada and is not currently employed.

50.  Alfred Cisneros is an experienced pilot who has flown commercial aircraft and has a birthdate of 02/09/1946. He was last employed by Southwest Airlines and worked for that company for twenty-two years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates.  He served in the United States Navy from 1968-1978 and was awarded twelve Air Medals (two for individual action), two Navy Commendations with Combat 'V', Vietnamese Cross of Gallantry, Navy Unit, Vietnamese Meritorious Unit, Service and Campaign Medals.  He was a member of the

famed "Blue Angels" from 1975-1977. He resides in Texas and is not currently employed.

51.   Kenneth Ciszek is an experienced pilot who has flown commercial aircraft and has a birthdate of 05/18/1946. He has been employed by Federal Express since 1989. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates at Federal Express. He resides in California and is still employed by Federal Express.

52.   Gordon M. Cohen is an experienced pilot who has flown commercial aircraft and has a birthdate of 12/26/1947. He was last employed by United Airlines and worked there for twenty-nine years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He served in the United States Air Force from 1970-1977 and was awarded an Air Medal with OLC. He served in the California Air National Guard from 1981-1986 and was awarded the Sikorsky Award for life saving rescue. He resides in Texas and is not currently employed.

53.   Terry Lee Collette is an experienced pilot who has flown commercial aircraft and has a birthdate of 10/05/1947. He was last employed by US Airways and worked there for thirty years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He served in the United States Army from 1968-1970. He resides in Virginia and is not currently employed.

54.   Richard Collier is an experienced pilot who has flown commercial aircraft and has a birthdate of 08/27/1986. He was last employed by Delta Airlines and worked there for sixteen years. As a result of the Age 60 Rule, this pilot lost

seniority status, benefits and salary rates. He served in the United States Navy from 1968-1979 and was awarded the Vietnam Service Medal, Vietnam Campaign Medal, and the Navy Achievement Medal. He resides in Florida and is not currently employed.

55.     Steven E. Collins is an experienced pilot who has flown commercial aircraft and has a birthdate of 05/14/1947. He was last employed by United Airlines and worked there for seventeen years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He served as a United States Army Helicopter Pilot from 1966-1972. He also served as a Navy Fighter Pilot from 1974-1990. He resides in Alaska and is currently employed by Federal Express.

56.     George G. Corless, Jr. is an experienced pilot who has flown commercial aircraft and has a birthdate of 06/28/1945. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He served in the United States Navy for five years and then served sixteen years in the reserves. He resides in Georgia and is currently employed by AirTran Airways.

57.     Dennis M. Cox is an experienced pilot who has flown commercial aircraft and has a birthdate of 07/21/1947. He was last employed by US Airways. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He served in the United States Air Force. He resides in Colorado and is currently employed by NetJets Aviation, Inc.

58.     Robert Milton Crockett is an experienced pilot who has flown commercial aircraft and has a birthday of 11/29/1947. He was last employed by ABX Air,

Inc. and worked there for eighteen years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He served in the United States Air Force from 1970-1975. He resides in Texas and is not currently employed.

59.    Michael James Crowe is an experienced pilot who has flown commercial aircraft and has a birthdate of 11/11/1947. He was last employed by Southwest Airlines and worked there for fourteen years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He served in the United States Army from 1970-1971 and United States Air Force from 1972-1992. He was awarded the Air Medal with devices (50 combat missions over Iraq, Desert Storm), Air Force Meritorious Service Medal with one device, Aerial Achievement Medal, Air Force Commendation Medal with 2 devices, Air Forces Outstanding Unit Award with one device, Air Force Organizational Excellence Award, Combat Readiness Metal with two devices, Army Good Conduct Medal, National Defense Service Medal with one Bronze Star, Southwest Asia Service Medal with two Bronze Stars, the Kuwait Liberation Medal, and various other accommodations. He resides in Florida and is currently employed by Jacobs Engineering.

60.    David Harold Culp is an experienced pilot who has flown commercial aircraft and has a birthdate of 05/03/1947. He was last employed by US Airways. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He served in the United States Navy Reserves. He resides in North Carolina and is not currently employed.

61.     Bruce D. Davey is an experienced pilot who has flown commercial aircraft and has a birthdate of 08/25/1947. He was last employed by United Airlines and worked there for eighteen years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He served in the United States Navy from 1965-1969 and was awarded the Meritorious Unit Commendation and National Defense accommodation. He resides in Colorado and is currently self-employed.

62.     Edward Amos Davis, Jr. is an experienced pilot who has flown commercial aircraft and has a birthdate of 02/04/1949. He has been employed by United Airlines since 1978. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He served in the United States Army as a Chief Warrant Officer-Aviator and was awarded a Bronze Star. He resides in Florida and is still employed by United Airlines.

63.     Lynn C. Davison is an experienced pilot who has flown commercial aircraft and has a birthdate of 09/08/1946. Davison was employed by Southwest Airlines for eight years as a First Officer and Captain. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. Davison served in the United States Air Force from 1968-1998 and was awarded the Distinguished Flying Cross, Meritorious Service Medal with three devices, the Air Medal with eleven devices, and the Army Commendation Medal. He resides in Florida and is currently employed by United Airlines.

64.     Arnaldo L. Delucca is an experienced pilot who has flown commercial aircraft and has a birthdate of 07/17/1946. He was last employed by United Airlines.

As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He served in the United States Air Force from 1971-1992 and was awarded the Distinguished Flying Cross, three Air Medals, two Air Force Commendation Medals, five Combat Readiness Medals, and the Vietnam Service Medal. He resides in California and is not currently employed.

65.      Francis V. de Peyster is an experienced pilot who has flown commercial aircraft and has a birthdate of 12/03/1946. He was last employed by United Airlines and worked there for forty years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He served in the United States Marine Corps. He resides in Nevada and is currently employed by XOJET, Inc.

66.      Kenneth A. Dillard is an experienced pilot who has flown commercial aircraft and has a birthdate of 02/07/1947. He was last employed by Pacific Southwest Airlines / US Airways and worked there for thirty-seven years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He resides in California and is not currently employed.

67.      John Martin Smokey Doll is an experienced pilot who has flown commercial aircraft and has a birthdate of 04/13/1947. He was last employed by Southwest Airlines and worked there for twenty-five years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He served in the United States Air Force from 1965-1980 and awarded an Air Force Commendation Medal. He resides in Texas and is not currently employed.

68.    Robert William Dowgialo is an experienced pilot who has flown commercial aircraft and has a birthdate of 03/09/1947. He was last employed by US Airways and worked there for twenty-four years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He resides in Florida and is not currently employed.

69.    Wayne Ronald Dye is an experienced pilot who has flown commercial aircraft and has a birthdate of 12/13/1942. He was last employed by United Airlines and worked there for thirty-three years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He served in the United States Coast Guard Reserves from 1965-1970. He resides in California and is currently self-employed.

70.    George V. Emory is an experienced pilot who has flown commercial aircraft and has a birthdate of 12/08/1947. He was last employed by United Airlines and worked there for twenty-nine years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He served in the United States Army from 1969-1971. He resides in California and is not currently employed.

71.    Arthur Randolf Erb is an experienced pilot who has flown commercial aircraft and has a birthdate of 11/18/1945. He was last employed by Chautauqua Airlines and worked there for six years. As a result of the Age 60 Rule, this pilot seniority status, benefits and salary rates. He served in the United States Air Force from 1965-1968. He resides in Texas and is currently employed by Vent Airlines, Inc. of San Antonio.

72.     Robert L. Evert is an experienced pilot who has flown commercial aircraft and

has a birthdate of 12/04/1946. He was last employed by United Airline and

worked there for twenty-three years. As a result of the Age 60 Rule, this pilot

lost seniority status, benefits and salary rates. He served in the United States

Army Reserve for six years. He resides in Wisconsin and is not currently

employed.

73.     Hugh H. Forsythe is an experienced pilot who has flown commercial aircraft

and has a birthdate of 04/09/1947. He was last employed by United Airlines

and worked there for twenty-nine years. As a result of the Age 60 Rule, this

pilot lost seniority status, benefits and salary rates. He served in the United

States Air Force for thirty-one years and retired as a general.  He resides in

Virginia and is not currently employed.

74.     Thomas J. Fox is an experienced pilot who has flown commercial aircraft and

has a birthdate of 02/24/1947. He was last employed by US Airways and

worked there for thirty-four years. As a result of the Age 60 Rule, this pilot

lost seniority status, benefits and salary rates. He resides in New Jersey and is

not currently employed by an air carrier.

75.     Lary E. Freeman is an experienced pilot who has flown commercial aircraft

and has a birthdate of 05/08/1942. He was last employed by United Airlines

and worked there for thirty-five years. As a result of the Age 60 Rule, this

pilot lost seniority status, benefits and salary rates. He resides in Nevada and

is not currently employed.

76.     Woodrow W. Friend, Jr. is an experienced pilot who has flown commercial

aircraft and has a birthdate of 02/01/1947. He was last employed by United Airlines and worked there for twenty-two years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He served in the United States Air Force, including service as a B-52 commander and was awarded the Air Force Commendation Medal, Aerial Achievement Medal, Air Medal, Southwest Asia Campaign Medal, Air Force Expeditionary Medal, Kuwait Liberation Medal, Expert Marksmanship, and 8th Air Force Blue Ribbon Crew. He resides in Kentucky and is currently employed by Air India Charters Ltd.

77.     Kenneth George Frisard is an experienced pilot who has flown commercial aircraft and has a birthdate of 09/25/1943. He was last employed by Northwest Airlines. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He served in the United States Air Force from 1967-1972 and was awarded the Air Medal (first through eleventh OLC) and the Distinguished Flying Cross. He resides in Georgia and is not currently employed.

78.     Robert O. Fuhrmann is an experienced pilot who has flown commercial aircraft and has a birthdate of 10/14/1939. He was last employed by United Airlines and worked there for thirty-three years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He served in the United States Marine Corps from 1963-1966 and was awarded the 5 Air Medals and the Navy Commendation Medal with Combat "V". He resides in California and is not currently employed.

79.     Kenneth R. Galloway is an experienced pilot who has flown commercial aircraft and has a birthdate of 08/24/1946. He was last employed by Southwest Airlines and worked there for twenty-seven years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He is a veteran who served in the United States Air Force from 1969-1979. He resides in Washington and is currently employed by Southwest Airlines.

80.     Louis Allen Garvin, Jr. is an experienced pilot who has flown commercial aircraft and has a birthdate of 12/17/1946. He was last employed by Southwest Airlines and worked there for twenty-nine years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He served in the United States Air Force from 1969-1973 and was awarded an Air Medal and the Vietnam Service Medal. He resides in Texas and is currently employed by Copa Airlines, a company based in Panama City, Panama.

81.     Ronald L. Geer is an experienced pilot who has flown commercial aircraft and has a birthdate of 02/27/1947. He was last employed by United Airlines and worked there for thirty-eight years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He resides in Washington and is not currently employed.

82.     Roger Gerhardt is an experienced pilot who has flown commercial aircraft and has a birthdate of 09/27/1947. He was last employed by United Airlines and worked there for nineteen years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He served in the United States Army

-- 40 --

and is Service Disabled Veteran. He resides in Washington and is not currently employed.

83.  Robert Patton Gibson is an experienced pilot who has flown commercial aircraft and has a birthdate of 10/16/1947. He was last employed by United Airlines. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He is a veteran who served in the United States Navy. He resides in Illinois and is not currently employed.

84.  Terrence Leslie Gillespie is an experienced pilot who has flown commercial aircraft and has a birthdate of 10/24/1947. He was employed by Southwest Airlines and worked as a Captain for twenty-six years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He served in the United States Air Force from 1969-1975 and was given the USAF Academic Training Award. Terrence resides in Arizona and is currently employed by Southwest Airlines.

85.  Frank Michael Gonzalez is an experienced pilot who has flown commercial aircraft and has a birthdate of 10/24/1944. He was last employed by America West Airlines. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He served in the United States Marine Corps and was awarded the Vietnam Service Medal, the Good Conduct Medal, the Vietnam Campaign Medal with Device, and the Nation Defense Service Medal. He resides in Arizona and is not currently employed.

86.  Richard W. Goudey is an experienced pilot who has flown commercial aircraft and has a birthdate of 11/15/1937. He was last employed by United

Airlines and worked there for thirty-two years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He is a veteran who served in the United States Navy from 1959-1965. He resides in Florida and is not currently employed.

87.    David Joseph Graham is an experienced pilot who has flown commercial aircraft and has a birthdate of 09/10/1947. He was last employed by United Airlines and worked there for twenty-eight years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He served in the United States Navy from 1969-1995 and was awarded two Navy Commendation Medals, two Navy Achievement Medals, two National Defense Service Medals, Armed Forces Expeditionary Medal (Operation "Frequent Wind" Vietnam Evacuation 1975), and a Navy Meritorious Unit Citation (Operation "Frequent Wind" Vietnam Evacuation 1975). He resides in Illinois and is currently employed by Economy Dynamics Limited, Inc.

88.    James Arthur Grosswiler is an experienced pilot who has flown commercial aircraft and has a birthdate of 07/23/1943. He was last employed by United Airlines and worked there for thirty-six years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He is a veteran who served in the United States Army Reserve from 1961-1964. He resides in Montana and is not currently employed.

89.    Susan W. Harrison is an experienced pilot who has flown commercial aircraft and has a birthdate of 03/26/1947. Shee was last employed by United Airlines and worked there for eighteen years. As a result of the Age 60 Rule, this pilot

lost seniority status, benefits and salary rates. She resides Florida and is currently self-employed.

90.  Chris Hartle is an experienced pilot who has flown commercial aircraft and has a birthdate of 09/23/1947. He was last employed by Delta Airlines and worked there for twenty-nine years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He served in the United States Navy from 1970-1978. He resides in South Carolina and is currently self-employed.

91.  Vincent L Hayes, Jr. is an experienced pilot who has flown commercial aircraft and has a birthdate of 08/26/1947. He was last employed by United Airlines and worked there for twenty-eight years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He served in the United States Marine Corps from 1970-1985. He resides in Arkansas and is not currently employed.

92.  Robert Heckendorn is an experienced pilot who has flown commercial aircraft and has a birthdate of 07/22/1947. He was last employed by United Airlines. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He served in the United States Army from 1968-1972. He was awarded two Bronze Stars, four Air Medals, the Vietnam Service Award, and the Vietnam Campaign Award. He resides in Washington and is currently self-employed.

93.  Edward David Heilbrun, Jr. is an experienced pilot who has flown commercial aircraft and has a birthdate of 06/08/1941. He was last employed by United

Airlines and worked there for thirty-two years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He served in the National Guard from 1965-1971. He resides in Pennsylvania and is not currently employed.

94.     Charles E. Henry is an experienced pilot who has flown commercial aircraft and has a birthdate of 04/09/1947. He has been employed by Federal Express since 1990. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He served in the United States Air Force from 1970-1977. He resides in Texas and is still employed by Federal Express.

95.     Nicholas J. Hinch is an experienced pilot who has flown commercial aircraft and has a birthdate of 07/08/1946. He was last employed by United Airlines and worked there for seventeen years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He served in the United States Air Force from 1968-1988 and was awarded a Distinguished Flying Cross, Meritorious Service Medal with two OLC, Air Medal with eight OLC, Air Force Outstanding Unit Award with five OLC, Combat Readiness Medal, National Defense Service Medal with one OLC, Armed Forces Expeditionary Medal, Vietnam Service Medal with one OLC, Republic of Vietnam Gallantry Cross with Palm and one OLC, and numerous other medals. He resides in Colorado and is currently employed by National Aviation Company of India Limited (NACIL).

96.     James D. Hodgson is an experienced pilot who has flown commercial aircraft and has a birthdate of 06/19/1947. He was last employed by US Airways and

worked there for twenty-six years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He served in the United States Air Force from 1969-1979 and was awarded a Distinguished Flying Cross, three Air Medals, Air Force Commendation Medal, Air Force Outstanding Unit Award, National Defense Service Medal, Armed Forces Expeditionary Medal, Vietnam Service Medal, and other medals. He resides in Pennsylvania and is not currently employed.

97.     Herbert S. Holland, III is an experienced pilot who has flown commercial aircraft and has a birthdate of 10/30/1947. He was last employed by US Airways and worked there for seventeen years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He served in the United States Marine Corps and is a Disabled Vietnam Veteran who was awarded three Strike Flight Air Medals, National Defense Service Medal, Vietnam Campaign Medal with Numeral, Vietnam Meritorious Unit Citation-Civil Action (First Class) with Palm. He resides in Arizona and is not currently employed.

98.     Samuel James Hooper, Jr. is an experienced pilot who has flown commercial aircraft and has a birthdate of 08/21/1947. He was last employed by AirTran Airlines and worked there for nine years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He served in the United States Air Force from 1969-1981 and 175 combat sorties during Vietnam, including piloting B-52s. He was awarded the Distinguished Flying Cross with two OLC, the Air Medal with nine OLC, the Meritorious Service Medal

with one OLC, and the Commendation Medal with one OLC. He resides in Georgia and is currently employed by SpiceJet, based in Gurgaon, India.

99.    Charles R. Hosmer is an experienced pilot who has flown commercial aircraft and has a birthdate of 07/07/1947. He was last employed by American Airlines and worked there for thirty-one years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates.  He served in the United States Air Force from 1971-1974 and was awarded a Distinguished Flying Cross. He resides in California and is currently employed by Air India.

100.    Timothy Houghton is an experienced pilot who has flown commercial aircraft and has a birthdate of 10/15/1947. He was last employed by US Airways. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He resides in California and is not currently employed.

101.    Carl Gary Householder is an experienced pilot who has flown commercial aircraft and has a birthdate of 04/08/1942. He was last employed by United Airlines and worked there for thirty-three years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He served in the United States Air Force from 1964-1969 and in the New York Air National Guard from 1971-1980. He resides in Pennsylvania and is not currently employed.

102.    Richard D. Hurst is an experienced pilot who has flown commercial aircraft and has a birthdate of 07/03/1942. He was last employed by United Airlines and worked there for thirty-four years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates.  He resides in Washington

and is not currently employed.

103.    Steven Reagan Jackson is an experienced pilot who has flown commercial

aircraft and has a birthdate of 07/22/1946. He was last employed by

Southwest Airlines. As a result of the Age 60 Rule, this pilot lost seniority

status, benefits and salary rates. He served in the United States Navy from

1969-1976. He resides in Texas and is currently employed by Copa Airlines, a

company based in Panama City, Panama.

104.    DeLloyd J. Jacobson is an experienced pilot who has flown commercial

aircraft and has a birthdate of 11/21/1947. He was last employed by United

Airlines and worked there for fifteen years. As a result of the Age 60 Rule,

this pilot lost seniority status, benefits and salary rates. He served in the

United States Air Force from 1970-1991 and was awarded the Meritorius

Service Medal with two OLC and the Air Force Commendation Medal with

an OLC. He resides in California and is not currently employed.

105.    David R. Johnson is an experienced pilot who has flown commercial aircraft

and has a birthdate of 09/02/1945. He was last employed by US Airways. As

a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary

rates. He resides in New Mexico and is currently employed by Bernalillo

County, New Mexico.

106.    Lowell E. Johnston is an experienced pilot who has flown commercial aircraft

and has a birthdate of 12/16/1933. He was last employed by United Airlines

and worked there for thirty-three years. As a result of the Age 60 Rule, this

pilot lost seniority status, benefits and salary rates. He resides in Florida and is

not currently employed.

107.    Glen J. Kane is an experienced pilot who has flown commercial aircraft and has a birthdate of 08/06/1947. He was last employed by US Airways and worked there for twenty-five years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates.  He served in the United States Air Force from 1969-1977.  He was awarded the Air Medal and Vietnam Campaign Ribbon. He resides in Colorado and is not currently employed.

108.    Paul E. Kane is an experienced pilot who has flown commercial aircraft and has a birthdate of 07/17/1945. He was last employed by United Airlines. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He served in the United States Air Force for nine years. He resides in Hawaii and is not currently employed.

109.    Mark D. Keaveney is an experienced pilot who has flown commercial aircraft and has a birthdate of 10/23/1946. He was last employed by United Airlines. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He served in the United States Marine Corps Reserve for twenty years and is a decorated combat veteran who participated in 113 Combat Missions. He resides in California and is not currently employed.

110.    Patrick F. Keeley is an experienced pilot who has flown commercial aircraft and has a birthdate of 04/23/1943. He was last employed by United Airlines. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He served in the United States Navy for twenty years and was awarded a Purple Heart and 23 Air Medals. He resides in Idaho and is not

currently employed.

111.   Roger Wayne Kirchner is an experienced pilot who has flown commercial
aircraft and has a birthdate of 08/15/1947. He was last employed by
Southwest Airlines. As a result of the Age 60 Rule, this pilot lost seniority
status, benefits and salary rates. He served in the Army National Guard from
1969-1974. He resides in Texas and is not currently employed.

112.   Kenneth Conway Kitchens is an experienced pilot who has flown commercial
aircraft and has a birthdate of 10/30/1947. He was last employed by
Southwest Airlines. As a result of the Age 60 Rule, this pilot lost seniority
status, benefits and salary rates.  He served in the United States Marine Corps
from 1966-1988. He resides in Florida and is not currently employed.

113.   Joe A. Klutts is an experienced pilot who has flown commercial aircraft and
has a birthdate of 02/16/1947. He was last employed by United Airlines. As a
result of the Age 60 Rule, this pilot lost seniority status, benefits and salary
rates. He served as a pilot in the United States Army, the United States Air
Force, and Oklahoma National Guard and was awarded Distinguished Flying
Cross, Bronze Star, and 14 Air Medals. He resides in Oklahoma and is
currently employed by Boeing.

114.   Robert Marshall Knapp is an experienced pilot who has flown commercial
aircraft and has a birthdate of 11/13/1947. He was last employed by US
Airways and worked there for twenty-nine years. As a result of the Age 60
Rule, this pilot lost seniority status, benefits and salary rates.  He served in the
United States Navy from 1969-1983 and was awarded the Navy

Commendation Medal with Combat Valor Designation, various Unit

Commendations and Vietnam Service Medals, and Vietnam Cross of

Gallantry. He resides in Tennessee and is currently self-employed.

115.   Joseph A. Kriss is an experienced pilot who has flown commercial aircraft

and has a birthdate of 07/21/1947. He was last employed by Northwest

Airlines and worked there for thirty years. As a result of the Age 60 Rule, this

pilot lost seniority status, benefits and salary rates. He served in the United

States Marine Corps from 1969-1975 and United States Naval Reserve from

1976-1989. He resides in Florida and is not currently employed.

116.   Thomas J. Krueger is an experienced pilot who has flown commercial aircraft

and has a birthdate of 06/12/1942. He was last employed by United Airlines

and worked there for thirty-five years. As a result of the Age 60 Rule, this

pilot lost seniority status, benefits and salary rates.  He resides in Oregon and

is currently self-employed.

117.   John H. Lamb is an experienced pilot who has flown commercial aircraft and

has a birthdate of 08/01/1944. He was last employed by World Airways. As a

result of the Age 60 Rule, this pilot lost seniority status, benefits and salary

rates. He served in the United States Air Force and was awarded a

Distinguished Flying Cross, Air Medal with 28 OLC, Vietnam Service Medal,

Airman's Achievement Medal. He resides in Arizona and is currently self-

employed.

118.   Richard F. Land is an experienced pilot who has flown commercial aircraft

and has a birthdate of 07/16/1947. He was last employed by American

Airlines and worked there for thirty-five years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He served in the New Jersey Army National Guard. He resides in Texas and is not currently employed.

119. Charles P. Lang is an experienced pilot who has flown commercial aircraft and has a birthdate of 06/08/1946. He was last employed by Southwest Airlines and worked there for twenty-one years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He served in the United States Air Force and the Air Force National Guard. He resides in New Mexico and is currently employed by Southwest Airlines.

120. Robert A. Lawyer is an experienced pilot who has flown commercial aircraft and has a birthdate of 12/13/1946. He was last employed by Southwest Airlines and worked there for thirteen years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He is a veteran who served in the United States Army from 1966-1971 and United States Air Force from 1992-1993. He was awarded the Distinguished Service Medals (3), Air Medals (29), and Air Force Commendation Medals (3). He resides in Arizona and is currently employed by Southwest Airlines.

121. Michael J. Lierley is an experienced pilot who has flown commercial aircraft and has a birthdate of 06/24/1947. He was last employed by United Airlines and worked there for fifteen years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He served in the United States Air Force from 1969-1997 and was awarded the Legion of Merit, Meritorious

Service Medal (with device), and an Air Medal. He resides in South Carolina and is not currently employed.

122.     Gerard D. Lionetti is an experienced pilot who has flown commercial aircraft and has a birthdate of 09/01/1947. He was last employed by United Airlines and worked there for seventeen years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He served in the United States Air Force from 1969-1978 and United States Air Force Reserves from 1978-1991. He resides in Colorado and is currently self-employed.

123.     Anthony E. Lorber is an experienced pilot who has flown commercial aircraft and has a birthdate of 10/09/1947. He was last employed by Southwest Airlines and worked there for twelve years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He served in the United States Air Force from 1970-1977, the United States Air Force Reserves from 1977-1981, and the West Virginia Air National Guard from 1981-1994. He resides in West Virginia and is currently employed by Copa Airlines, a company based in Panama City, Panama.

124.     Douglas R. Lund is an experienced pilot who has flown commercial aircraft and has a birthdate of 05/12/1944. He was last employed by United Airlines and worked there for twenty-five years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He served in the United States Air Force from 1967-1973. He resides in Illinois and is not currently employed.

125.     Charles W. Lundsberg is an experienced pilot who has flown commercial

aircraft and has a birthdate of 05/04/1947. He was last employed by United
Airlines. As a result of the Age 60 Rule, this pilot lost seniority status,
benefits and salary rates. He served in the United States Air Force from 1969-
1978 and was awarded a Distinguished Flying Cross. He resides in Illinois
and is not currently employed.

126.    Jobeth Lynch is an experienced pilot who has flown commercial aircraft and
has a birthdate of 10/30/1947.  She was last employed by United Airlines and
worked there for nineteen years. As a result of the Age 60 Rule, this pilot lost
seniority status, benefits and salary rates. She resides in Virginia and is
currently employed by AirTran Airways.

127.    Margaret Emily Lynch is an experienced pilot who has flown commercial
aircraft and has a birthdate of 10/19/1947.  She was last employed by
Southwest Airlines and worked there for fifteen years. As a result of the Age
60 Rule, this pilot lost seniority status, benefits and salary rates. She resides in
Florida and is currently employed by Copa Airlines, a company based in
Panama City, Panama.

128.    William R. Mann, Jr. is an experienced pilot who has flown commercial
aircraft and has a birthdate of 02/26/1947. He was last employed by AirTran
Airlines and worked there for thirteen years. As a result of the Age 60 Rule,
this pilot lost seniority status, benefits and salary rates.  He served in the
United States Army. He resides in Florida and is currently employed by
AirTran.

129.    Stan H. Marsolan is an experienced pilot who has flown commercial aircraft

and has a birthdate of 07/30/1947. He was last employed by Southwest Airlines and worked there for thirteen years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He served in the United States Navy from 1974-1995. He resides in Louisiana and is currently employed by Copa Airlines, a company based in Panama City, Panama.

130.   Roger C. Martin is an experienced pilot who has flown commercial aircraft and has a birthdate of 08/18/1942. He was last employed by United Airlines and worked there for thirty-three years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He resides in California and is not currently employed.

131.   Roy L. Martin is an experienced pilot who has flown commercial aircraft and has a birthdate of 11/28/1946. He was last employed by Southwest Airlines and worked there for twenty-three years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He served in the United States Navy from 1967-1978 and was awarded Service and Campaign awards. He resides in Arizona and is currently employed by Southwest Airlines.

132.   Wilfred Michael Martin is an experienced pilot who has flown commercial aircraft and has a birthdate of 05/09/1947. He was last employed by American West Airlines. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He resides in Colorado and is currently not employed.

133.   Thomas H. McCloud is an experienced pilot who has flown commercial aircraft and has a birthdate of 10/16/1947. He was last employed by United

Airlines. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He served in the United States Navy from 1967-1970. He resides in Georgia and is currently not employed by an air carrier.

134.    David M. McCord is an experienced pilot who has flown commercial aircraft and has a birthdate of 04/21/1947. He was last employed by US Airways and worked there for twenty-one years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He served in the United States Air Force from 1970-1978. He resides in Pennsylvania and is currently employed by Boeing Company.

135.    Thomas H. McDermott is an experienced pilot who has flown commercial aircraft and has a birthdate of 01/17/1944. He was last employed by United Airlines and worked there for twenty-four years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He served in the United States Marine Corps from 1967-1988 and was awarded the Meritorious Service Medal, 26 Air Medals, Navy Commendation Medal with combat "V", National Defense Service Medal, Vietnam Service Medal, Vietnam Cross of Gallantry, and Vietnam Campaign Medal. He resides in California and is not currently employed.

136.    James R. McGrath is an experienced pilot who has flown commercial aircraft and has a birthdate of 11/01/1947. He was last employed by United Airlines and worked there for twenty-eight years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He served in the United States Air Force from 1980 and Wyoming National Guard from 1979-1991.

He resides in South Dakota and is not currently employed.

137.    James William McStay is an experienced pilot who has flown commercial aircraft and has a birthdate of 07/18/1947. He was last employed by US Airways and worked there for twenty years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He served in the United States Navy from 1969-1974 and United States Naval Air Reserve from 1974-1990. He was awarded two Air Medals, Vietnam Service Medal, various campaign ribbons, and Unit Citations. He resides in Pennsylvania and is currently not employed by an air carrier.

138.    Hal J. Medling is an experienced pilot who has flown commercial aircraft and has a birthdate of 10/17/1947. He was last employed by US Airways and worked there for twenty-four years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He served in the United States Air Force from 1970-1980 and was awarded the Meritorious Service Medal and two Air Force Commendation Medals. He resides in Tennessee and is currently employed by the Department of Transportation-FAA Memphis Flight Standards District Office.

139.    James H. Mehew is an experienced pilot who has flown commercial aircraft and has a birthdate of 07/24/1947. He was last employed by American Airlines. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He served in the United States Air Force as an Aerospace Rescue and Recovery Pilot. He resides in California and is currently employed by DB Aviation.

140.   William M. Meyer is an experienced pilot who has flown commercial aircraft and has a birthdate of 11/14/1938. He was last employed by United Airlines and worked there for thirty-three years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates.  He resides in California and is not currently employed.

141.   Melvin H. Mickelson is an experienced pilot who has flown commercial aircraft and has a birthdate of 07/15/1946. He was last employed by United Airlines and worked there for twenty-one years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He served in the Air Force from 1965-1995 and was awarded the Air Medal, the Air Force Commendation Medal, the Air Force Achievement Medal, and the Vietnam Service Medal. He resides in Utah and is not currently employed.

142.   David B. Mickle is an experienced pilot who has flown commercial aircraft and has a birthdate of 12/04/1947. He was last employed by US Airways and worked there for thirteen years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He served in the United States Air Force from 1969-1990 and was awarded the Meritorious Service Medal, Air Medal, and Air Medal Commendation Medal. He resides in Arizona and is not currently employed.

143.   William George Miller is an experienced pilot who has flown commercial aircraft and has a birthdate of 03/31/1947. He was last employed by United Airlines and worked there for twenty years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He served in the

United States Air Force from 1966-1970 and was awarded the Medal of Distinguished Service, Vietnam Service Medal, Republic of Vietnam, Commendation Medal, Air Force Good Conduct Medal, Air Force Commendation Medal and military ribbons. He resides in Illinois and is not currently employed.

144.   Alan R. Mittelstaedt is an experienced pilot who has flown commercial aircraft and has a birthdate of 11/25/1947. He was last employed by Southwest Airlines and worked there for seventeen years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates.  He is a veteran who served in the United States Air Force for 20 years.  He was awarded three Air Force Meritorious Metals. He resides in Arizona and is not currently employed by an air carrier.

145.   James Harold Monbeck is an experienced pilot who has flown commercial aircraft and has a birthdate of 11/21/1946. He has been employed by Federal Express since 1978. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He served in the United States Air Force. He resides in Washington and is still employed by Federal Express.

146.   Edmond S. Moreland is an experienced pilot who has flown commercial aircraft and has a birthdate of 12/18/1946. He was last employed by Southwest Airlines and worked there for twenty-two years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He served in the United States Air Force from 1970-1978 and was awarded a Vietnam Service Medal, National Defense Service Medal, Air Medal with

Clusters. He resides in Texas and is currently employed by Southwest Airlines.

147.   Richard C. Morgan is an experienced pilot who has flown commercial aircraft and has a birthdate of 05/21/1947. He was last employed by US Airways and worked there for thirty years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He served in the United States Navy from 1969-1983. He resides in Virginia and is currently employed by Million Air, a private aviation company.

148.   Bruce R. Munroe is an experienced pilot who has flown commercial aircraft and has a birthdate of 02/28/1945. He was last employed by United Airlines and worked there for thirty-seven years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He resides in Colorado and is currently employed by Jet Horizons, LLC.

149.   Scott Murray is an experienced pilot who has flown commercial aircraft and has a birthdate of 11/29/1947. He was last employed by Delta Airlines. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He served in the United States Air Force from 1970-1974 and United States Air Reserve from1974-1979. He resides in Georgia and is currently self-employed.

150.   Charles R. Musick, Jr. is an experienced pilot who has flown commercial aircraft and has a birthdate of 04/10/1947. He was last employed by AirTran Airways and worked there for thirteen years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He served in the

United States Navy Reserve from 1966-1970. He resides in Florida and is not currently employed.

151.    Earl H. Myers, Jr. is an experienced pilot who has flown commercial aircraft and has a birthdate of 02/27/1947. He was last employed by United Airlines and worked there for thirty-eight years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He served in the West Virginia Air National Guard. He resides in Florida and is currently employed by Air India.

152.    Lloyd L. Nelson is an experienced pilot who has flown commercial aircraft and has a birthdate of 07/08/1947. He was last employed by Southwest Airlines. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He served in the United States Army as a helicopter pilot and was awarded a National Reserve Service Medal, Vietnam Service Medal, Vietnam Campaign Medal, and an Air Medal with 16 clusters. He resides in Texas and is currently employed by Air Pacific Airlines.

153.    Michael E. Newton is an experienced pilot who has flown commercial aircraft and has a birthdate of 05/13/1947. He was last employed by United Airlines and worked there for twenty-two years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He served in the United States Air Force from 1971-1979 and United States Air Force Reserves from 1984-1994 and was awarded the Meritorious Service Medal, Air Force Commendation Medal with one OLC, Air Force Training Ribbon, Marksmanship, Air Fore Longevity Ribbon, Air Force Reserve Forces

Meritorious Service Medal with two OLC, Armed Forces Reserves Medal, National Defense Service Medal, and Air Force Outstanding United Award with one OLC. He resides in Colorado and is currently employed by Avantair, an aircraft fractional ownership company of Clearwater, Florida.

154.   Paul W. Nibur is an experienced pilot who has flown commercial aircraft and has a birthdate of 12/11/1944. He was last employed by United Airlines and worked there for twenty-six years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates.  He served in the New Jersey Air National Guard from 1967-1978 and the California Air National Guard from 1978-1989. He resides in California and is not currently employed by an air carrier.

155.   Larry A. Norman is an experienced pilot who has flown commercial aircraft and has a birthdate of 10/29/1945. He was last employed by Continental Airlines. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates.  He served in the United States Marine Corps. He resides in New Jersey and is not currently employed.

156.   Samual Clinton O'Daniel is an experienced pilot who has flown commercial aircraft and has a birthdate of 09/17/1942. He was last employed by United Airlines and worked there for thirty-eight years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates.  He resides in Colorado and is not currently employed by an air carrier.

157.   Brian Douglas Orme is an experienced pilot who has flown commercial aircraft and has a birthdate of 04/15/1943. He was last employed by United

Airlines and worked there for thirty-three years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He served in the United States Navy and was awarded the National Defense Medal, Vietnam Campaign Medal, Vietnam Service Medal with two stars, Navy Unit Citation, Armed Forces Expeditionary Medal, Korea (Pueblo Incident), and an Air Medal (awarded five times for Meritorious Achievement in aerial flight). He resides in California and is not currently employed.

158.   Thomas Painter is an experienced pilot who has flown commercial aircraft and has a birthdate of 03/28/1947. He was last employed by American Airlines and worked there for thirty-one years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He served in the United States Air Force from 1970-1976. He resides in Illinois and is not currently employed.

159.   Tom Newton Park, Jr. is an experienced pilot who has flown commercial aircraft and has a birthdate of 12/20/1946. He was last employed by US Airways and worked there for seventeen years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He served in the United States Air Force from 1965-1974 and was awarded an Air Medal with two OLC and the Distinguished Flying Cross. He resides in North Carolina and is not currently employed by an air carrier.

160.   Marc Pasewalk is an experienced pilot who has flown commercial aircraft and has a birthdate of 06/07/1947. He was last employed by United Airlines and worked there for twenty-nine years. As a result of the Age 60 Rule, this pilot

lost seniority status, benefits and salary rates.  He served in the United States Army for 21 years. He resides in Colorado and is not currently employed.

161.    Ven Ralf Patterson is an experienced pilot who has flown commercial aircraft and has a birthdate of 05/18/1946. He was last employed by United Airlines and worked there for thirty-nine years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He resides in Nevada and is not currently employed.

162.    Michael John Peet is an experienced pilot who has flown commercial aircraft and has a birthdate of 02/08/1947. He was a pilot for United Airlines and was last employed by International Air Service Company. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He resides in Colorado and is currently unemployed.

163.    David E. Pelham is an experienced pilot who has flown commercial aircraft and has a birthdate of 07/08/1947. He was last employed by United Airlines and worked there for twenty-two years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He served in the United States Air Force from 1971-1978 and the Tennessee Air National Guard from 1980-1994. He resides in Tennessee and is currently employed by the United States Census Bureau.

164.    Irwin Pentland is an experienced pilot who has flown commercial aircraft and has a birthdate of 06/29/1947. He was last employed by US Airways. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He resides in Florida and is not currently employed.

165.   Donald N. Persky is an experienced pilot who has flown commercial aircraft
and has a birthdate of 10/09/1947. He was last employed by United Airlines
and worked there for eighteen years. As a result of the Age 60 Rule, this pilot
lost seniority status, benefits and salary rates. He served in the United States
Marine Corps from 1967-1988. He was awarded the Silver Star, Purple Heart,
Meritorious Service Medal, 39 Air Medals, Navy Achievement Medal, and a
Meritorious Unit Commendation Vietnam Services Medal. He resides in
California and is not currently employed.

166.   James A. Peters is an experienced pilot who has flown commercial aircraft
and has a birthdate of 06/23/1947. He was last employed by United Airlines
and worked there for thirty-eight years. As a result of the Age 60 Rule, this
pilot lost seniority status, benefits and salary rates.  He resides in Tennessee
and is not currently employed.

167.   Bertil R. Peterson is an experienced pilot who has flown commercial aircraft
and has a birthdate of 02/17/1947. He was last employed by US Airways and
worked there for twenty-one years. As a result of the Age 60 Rule, this pilot
lost seniority status, benefits and salary rates. He served in the United States
Air Force from 1966-1970. He resides in Pennsylvania and is currently
employed by Air Transport International, LLC.

168.   Dennis C. Pettet is an experienced pilot who has flown commercial aircraft
and has a birthdate of 09/29/1947. He was last employed by United Airlines
and worked there for twenty-nine years. As a result of the Age 60 Rule, this
pilot lost seniority status, benefits and salary rates. He served in the United

States Air Force/Air Force Reserve from 1973-1996. He was awarded the U.S. Air Force Commendation Medal, Defense of Saudi Arabia Medal, and U.S. Air Force Meritorious Service Medal. He resides in California and is currently employed by Air India.

169.   Charles J. Pierce is an experienced pilot who has flown commercial aircraft and has a birthdate of 11/25/1945. He was last employed by United Airlines and worked there for thirty-six years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He resides in Georgia and is currently self-employed.

170.   James M. Potter is an experienced pilot who has flown commercial aircraft and has a birthdate of 05/08/1947. He was last employed by Continental Airlines. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He resides in Colorado and is currently employed by Copa Airlines, a company based in Panama City, Panama.

171.   Gary L. Prosser is an experienced pilot who has flown commercial aircraft and has a birthdate of 06/20/1947. He was last employed by United Airlines and worked there for twenty-two years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He served in the United States Army from 1968-1977 and was awarded the Distinguished Flying Cross, 38 Air Medals, and two Bronze Stars with Valor. He resides in Washington and is not currently employed.

172.   Charles Timothy Radcliff is an experienced pilot who has flown commercial aircraft and has a birthdate of 06/21/1947. He was last employed by United

Airlines and worked there for eighteen years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He served in the United States Air Force from 1969-1973 and was awarded the Vietnam Service Medal and two Air Medals. He resides in Colorado and is not currently employed.

173.   Douglas Warren Richmond is an experienced pilot who has flown commercial aircraft and has a birthdate of 05/18/1945. He was last employed by United Airlines and worked there for twenty-seven years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. . He is a veteran who served in the United States Navy and United States Air Force from 1968-1991. He resides in Washington and is not currently employed.

174.   Rudolph Dale Richter is an experienced pilot who has flown commercial aircraft and has a birthdate of 12/10/1945. He was last employed by United Airlines. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He resides in Florida and is currently employed by Boeing Corp.

175.   Donald E. Riebe is an experienced pilot who has flown commercial aircraft and has a birthdate of 01/30/1947. He was last employed by Continental Airlines and worked there for twenty-one years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He served in the United States Navy and the United States Navy Reserve from 1970-1998. He resides in Colorado and is not currently employed.

176.   Robert C. Ritchie is an experienced pilot who has flown commercial aircraft

and has a birthdate of 12/10/1946. He was last employed by United Airlines and worked there for twenty-seven years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He served in the Washington Air National Guard from 1965-1986. He resides in Colorado and is not currently employed.

177.    Robert Lee Roberts is an experienced pilot who has flown commercial aircraft and has a birthdate of 05/02/1935. He was last employed by United Airlines. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He served in the United States Air Force. He resides in Texas and is not currently employed.

178.    Paul Joseph Rodgers, Jr. is an experienced pilot who has flown commercial aircraft and has a birthdate of 03/12/1947. He was last employed by US Airways and worked there for twenty-two years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates.  He served in the United States Air Force from 1970-1976. He was awarded Distinguished Flying Crosses, Air Medals, and a Vietnamese Cross of Gallantry. He resides in California and is currently employed by Copa Airlines, a company based in Panama City, Panama.

179.    Rudy James Rodriguez is an experienced pilot who has flown commercial aircraft and has a birthdate of 06/07/1946. He was last employed by United Airlines and worked there for twenty-eight years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He served in the District of Columbia Air National Guard from 1968-1990. He resides in

Virginia and is not currently employed by an air carrier.

180. William J. Rogalski is an experienced pilot who has flown commercial aircraft and has a birthdate of 09/13/1944. He was last employed by United Airlines. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He served in the United States Army. He resides in California and is not currently employed.

181. Edward P. Rosenthal is an experienced pilot who has flown commercial aircraft and has a birthdate of 11/07/1947. He has been employed by Southwest Airlines since 1997. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He served in the United States Air Force from 1971-1997 and was awarded a Bronze Star Medal and the USAF Well-Done Award. He resides in Texas and is employed by Southwest Airlines.

182. Daniel R. Roy is an experienced pilot who has flown commercial aircraft and has a birthdate of 08/12/1947. He was last employed by Florida National Airways. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He served in the United States Army. He resides in Florida and is currently employed by Southern Air, Inc.

183. Wayne G. Savage is an experienced pilot who has flown commercial aircraft and has a birthdate of 12/29/1946. He was last employed by US Airways and worked there for thirty-eight years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He resides in Georgia and is not currently employed.

184.   Harold S. Schichtel is an experienced pilot who has flown commercial aircraft and has a birthdate of 10/06/1947. He was last employed by United Airlines and worked there for thirty years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He served in the United States Air Force from 1969-1974 and the United States Air Force Reserve from 1984-1987 and was awarded the Air Medal with two OLC, Vietnam Service Medal, Republic of Vietnam Gallantry Cross with Palm, Republic of Vietnam Campaign Medal, Presidential Unit Citation, USAF Outstanding Unit Award, National Defense Service Medal, USAF Longevity Service Award, and military ribbons. He resides in Florida and is not currently employed by an air carrier.

185.   David Wesley Schneider is an experienced pilot who has flown commercial aircraft and has a birthdate of 12/22/1944. He was last employed by Eastern Airlines. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He served in the United States Air Force Reserve and the California Air National Guard. He resides in Arizona and is currently employed by AeroDynamics, Inc.

186.   Frank Theodore Schott is an experienced pilot who has flown commercial aircraft and has a birthdate of 07/21/1947. He was last employed by US Airways and worked there for thirty years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He served in the United States Navy from 1970-1977 and the United States Navy Reserve from 1977-1992 and was awarded the Vietnam Service Ribbon and the Meritorious Unit

Commendation. He resides in North Carolina and is not currently employed.

187.    Jerome J. Schuck is an experienced pilot who has flown commercial aircraft and has a birthdate of 10/15/1944. He was last employed by United Airlines and worked there for twenty-six years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He served in the United States Navy from 1966-1974 and was awarded three Air Medals and the Meritorious Unit Commendation. He resides in California and is currently employed by TWC Aviation, headquartered in Van Nuys, California.

188.    Lorenzo M. Sein is an experienced pilot who has flown commercial aircraft and has a birthdate of 12/05/1947. He was last employed by United Airlines and worked there for twenty-nine years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He served in the United States Navy for thirteen years and the United States Navy Reserves for thirteen years. He resides in Oklahoma and is currently employed by Cathay Pacific Airways, Hong Kong.

189.    Clifford J. Shahbaz is an experienced pilot who has flown commercial aircraft and has a birthdate of 12/31/1946. He was last employed by United Airlines and worked there for seventeen years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He served in the United States Air Force from 1969-1989. He resides in Oregon and is not currently employed.

190.    Gary C. Shepard is an experienced pilot who has flown commercial aircraft and has a birthdate of 12/11/1946. He was last employed by AirTran Airways

and worked there for fourteen years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He is a member of the Michigan Air National Guard. He resides in Florida and is currently employed by National Jets, Inc.

191. Richard L. Skoog is an experienced pilot who has flown commercial aircraft and has a birthdate of 06/22/1945. He was last employed by United Airlines and worked there for sixteen years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He served in the in the United States Air Force from 1969-1989. He was awarded the Air Medal, Air Force Commendation Medal, Meritorious Service Medal, Army Commendation Medal, and Antarctica Service Medal. He resides in Alabama and is not currently employed.

192. Bradley Victor Smith is an experienced pilot who has flown commercial aircraft and has a birthdate of 03/15/1947. He was last employed by US Airways and worked there for thirty-four years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He served in the United States Air Force from 1968-1973. He resides in California and is not currently employed.

193. Sidney F. Smith is an experienced pilot who has flown commercial aircraft and has a birthdate of 08/07/1947. He was last employed by United Airlines and worked there for twenty-nine years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He resides in Colorado and is not currently employed.

194.  W. David Smith is an experienced pilot who has flown commercial aircraft and has a birthdate of 06/21/1942. He was last employed by United Airlines and worked there for thirty-nine years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He is a veteran who served in the United States Navy. He resides in Indiana and is not currently employed.

195.  Lyle M. Speace is an experienced pilot who has flown commercial aircraft and has a birthdate of 08/25/1947. He was last employed by US Airways and worked there for twenty-three years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He served in the United States Air Force from 1965-1979 and in the United States Air Force Reserve from 1979-1997 and was awarded the Commendation Medal and Meritorious Service Medal. He resides in Kansas and is currently employed by the Department of Homeland Security (TSA).

196.  Bruce L. Stover is an experienced pilot who has flown commercial aircraft and has a birthdate of 07/05/1946. He was last employed by United Airlines and worked there for twenty-eight years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He resides in Florida and is not currently employed.

197.  William Wood Struthers is an experienced pilot who has flown commercial aircraft and has a birthdate of 11/15/1947. He was last employed by United Airlines and worked there for fourteen years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He served in the

United States Air Force for from 1970-1977 and United States Air Force Reserves from 1977-2000 and awarded a Meritorious Service Award with two OLC, Air Medal, Air Force Commendation Medal, Air Force Achievement Medal, Air Force Outstanding Unit Award with six OLC, Combat Readiness Medal with eleven OLC, National Defense Services Medal with Bronze Star, Armed Forces Expeditionary Medal with Bronze Star, Vietnam Service Medal, Southwest Asia Service Medal with two Bronze Stars, and Armed Forces Service Medal. He resides in South Carolina and is not currently employed.

198.    James P. Sullivan is an experienced pilot who has flown commercial aircraft and has a birthdate of 09/02/1947. He was last employed by Continental Airlines. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He served in the New York Air National Guard. He resides in Texas and is currently employed by Federal Express.

199.    James Richard Sweller is an experienced pilot who has flown commercial aircraft and has a birthdate of 10/12/1946. He was last employed by United Airlines and worked there for twenty-eight years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He served in the United States Air Force from 1969-1975 and the United States Air Force Reserves from 1975-1990 and was awarded the Commendation Vietnam Campaign Service Medal, Air Medal, and Distinguished Service Medal. He resides in Colorado and is currently employed by Boeing Company.

200.    Curtis L. Taylor is an experienced pilot who has flown commercial aircraft

and has a birthdate of 06/03/1938.  He was last employed by United Airlines. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He resides in Florida and is not currently employed.

201.    Lewis Joseph Tetlow III is an experienced pilot who has flown commercial aircraft and has a birthdate of 04/02/1947. He was last employed by Piedmont Airlines and US Airways and worked there for twenty-three years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He served in the United States Air Force from 1965-1978. He resides in New Hampshire and is not currently employed.

202.    Frank H. Tetreault, Jr. is an experienced pilot who has flown commercial aircraft and has a birthdate of 07/01/1946. He was last employed by United Airlines and worked there for seventeen years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He served in the United States Air Force from 1968-1989 and was awarded the Defense Meritorious Service Medal, Meritorious Service Medal with two OLC, Air Medal with five OLC, and an Air Force Commendation Medal. He resides in Virginia and is not currently employed.

203.    Mark D. Thomas is an experienced pilot who has flown commercial aircraft and has a birthdate of 11/27/1947. He has been employed by Federal Express since 1995. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He served in the United States Air Force from 1969-1990 and awarded the two Air Force Commendation Medals and three Air Force Meritorious Service Medals. He resides in Florida and is still employed

by Federal Express.

204.    Robert F. Thomas is an experienced pilot who has flown commercial aircraft
        and has a birthdate of 11/20/1945. He was last employed by Southwest
        Airlines and worked there for eleven years. As a result of the Age 60 Rule,
        this pilot lost seniority status, benefits and salary rates.  He was awarded the
        Second Highest Civilian Medal for being stabbed while subduing a hijacker.
        He resides in Florida and is currently employed by Copa Airlines, a company
        based in Panama City, Panama.

205.    Thomas James Tighe is an experienced pilot who has flown commercial
        aircraft and has a birthdate of 10/29/1946. He was last employed by United
        Airlines and worked there for twenty-eight years. As a result of the Age 60
        Rule, this pilot lost seniority status, benefits and salary rates. He served in the
        United States Air Force from 1969-1974 and the Michigan Air National
        Guard from 1975-1998. He resides in California and is not currently employed
        by an air carrier.

206.    Larry Tubor is an experienced pilot who has flown commercial aircraft and
        has a birthdate of 02/22/1947. He was last employed by AV-Jet Corp. He has
        thirty-four years of experience. As a result of the Age 60 Rule, this pilot lost
        seniority status, benefits and salary rates. He resides in Tennessee and is
        currently employed by Federal Express.

207.    Kenneth Wilson Van Wormer is an experienced pilot who has flown
        commercial aircraft and has a birthdate of 06/18/1940. He was last employed
        by United Airlines and worked there for thirty-five years. As a result of the

Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He served in the United States Navy and was awarded the Cuban Blockade Ribbon. He resides in California and is not currently employed.

208.  Frederick George Vernon II, is an experienced pilot who has flown commercial aircraft and has a birthdate of 11/24/1947. He was last employed by Continental Airlines and worked there for twenty-three years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He served in the United States Army Reserve from 1968-1999 and was awarded the Distinguished Flying Cross, Bronze Star, 23 Air Medals, and the Army Master Aviator. He resides in New Zealand and is currently employed by JetConnect, LTC.

209.  Akeary G. Vick is an experienced pilot who has flown commercial aircraft and has a birthdate of 06/06/1947. He was last employed by Piedmont Airlines and US Airways. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He is a veteran who served in the United States Air Force from 1965-1969. He resides in South Carolina and is not currently employed.

210.  Daniel Vogt is an experienced pilot who has flown commercial aircraft and has a birthdate of 08/31/1947. He was last employed by United Airlines. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He is a veteran who served in the United States Air Force from 1969-1976. He resides in Connecticut and is currently employed by Economy Dynamics, LTD.

211.   Wayne R. Walczak is an experienced pilot who has flown commercial aircraft and has a birthdate of 05/07/1946. He was last employed by United Airlines and worked there for twenty-seven years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He resides in Texas and is currently employed by Boeing Co.

212.   George J. Walters is an experienced pilot who has flown commercial aircraft and has a birthdate of 08/22/1947. He was last employed by United Airlines. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He served in the United States Air Force from 1969-1974. He resides in Colorado and is currently employed by Boeing Training and Flight Services.

213.   Thomas Henry Ward III is an experienced pilot who has flown commercial aircraft and has a birthdate of 10/04/1947. He was last employed by Continental Airlines and worked there for twenty-one years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He served in the United States Marine Corps from 1969-1974, Arkansas Air National Guard from 1975-1978, and the Oklahoma Air National Guard from 1978-1981. He resides in Oregon and is currently self-employed.

214.   Louis Richard Warfield is an experienced pilot who has flown commercial aircraft and has a birthdate of 10/04/1944. He was last employed by United Airlines and worked there for thirty-seven years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He served in the United States Navy Reserve from 1962-1968. He resides in South Carolina

and is not currently employed.

215.   Ronny C. Watkins is an experienced pilot who has flown commercial aircraft and has a birthdate of 10/02/1945. He has been employed by Southwest Airlines since 1978. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He resides in Texas and is still employed by Southwest Airlines.

216.   Gary W. Webb is an experienced pilot who has flown commercial aircraft and has a birthdate of 10/27/1945. He was last employed by United Airlines. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He resides in California and is currently employed by ACM Aviation, a California aviation company.

217.   Henry J. Weiland is an experienced pilot who has flown commercial aircraft and has a birthdate of 12/07/1947. He was last employed by American Airlines and worked there for twenty-three years. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He served in the United States Marine Corps from 1971-1978 and the United States Marine Corps Reserves from 1979-1992 and was awarded the Meritorious Service Medal in 1992. He resides in California and is not currently employed.

218.   Christopher C. Wells is an experienced pilot who has flown commercial aircraft and has a birthdate of 12/15/1945. He has been employed by Southwest Airlines since 1992. As a result of the Age 60 Rule, this pilot lost seniority status, benefits and salary rates. He served in the United States Marine Corps from 1969-1989 and was awarded the Meritorious Service

Medal, Navy Commendation Medal, Meritorious Unit Citation, National

Defense Service Medal, Humanitarian Service Medal, and other ribbons and

commendations. He resides in Arizona and is currently employed by

Southwest Airlines.

219.    James Russell Woody is an experienced pilot who has flown commercial

aircraft and has a birthdate of 09/26/1947. He was last employed by US

Airways. As a result of the Age 60 Rule, this pilot lost seniority status,

benefits and salary rates. He is a veteran who served in the United States

Army Reserves for six years. He resides in North Carolina and is currently

employed by Kalitta Air, a cargo airline headquartered in Ypsilanti Township,

Michigan.

220.    Iko Zakarija is an experienced pilot who has flown commercial aircraft and

has a birthdate of 12/08/1947. He was last employed by Continental Airlines

and worked there for ten years. As a result of the Age 60 Rule, this pilot lost

seniority status, benefits and salary rates. He served in the United States Army

as a Combat Helicopter Pilot from 1970-1974. He resides in Pennsylvania and

is currently employed by Air India Charters, Ltd.

221.    Steven Zandstra is an experienced pilot who has flown commercial aircraft

and has a birthdate of 05/17/1947. He was last employed by US Airways and

worked there for thirty-one years. As a result of the Age 60 Rule, this pilot

lost seniority status, benefits and salary rates. He served in the United States

Navy and was awarded two National Defense Medals, six Air Strikes,

Meritorious Service Medal, and Meritorious Unit Medal. He resides in

Washington and is currently employed by Copa Airlines, a company based in Panama City, Panama.

### The Defendants

222.    The United States government is composed of three branches, including the United States Congress (legislative branch) and federal agencies (executive branch) represented as a whole by the United States Department of Justice.

223.    Ray LaHood is the Secretary of the Department of Transportation (DOT), a federal cabinet department of the United States government concerned with transportation, which includes various divisions including the Federal Aviation Administration.

224.    Randy Babbitt is the Administrator of the Federal Aviation Administration, a federal agency of the United States Department of Transportation with authority to regulate and oversee all aspects of civil aviation in the U.S.

## FACTUAL BACKGROUND

### The Original Age 60 Rule

225.    In 1959, the FAA barred pilots from flying commercial aircrafts based solely on their age.

226.    Pursuant to 49 U.S.C. § 44701(a)(5), the FAA Administrator was given the authority to "prescribe regulations and minimum standards for other practices, methods, and procedure the Administrator finds necessary for safety in air commerce and national security."

227.   The FAA promulgated the Age 60 Rule, barring any pilot who "has reached his or her 60th birthday" from flying. 14 C.F.R. § 121.383(c) (2008).

228.   This rule itself was not the result of any medical or scientific finding, but the outgrowth of a labor dispute where American Airlines failed to impose an early retirement rule through negotiations and arbitrations. *See generally* Geneve Dubois, *The Age 60 Rule: It is Time to Defeat It!*, 70 J. Air L. & Com. 319 (2005).

229.   When American Airlines lost a critical arbitration decision on the early retirement, it succeeded in getting the FAA to impose it through a federal regulation. *Id.* at 329.

230.   The FAA was specifically given the authority under 49 U.S.C. § 44701(f) to grant exceptions for senior pilots to continue to fly despite the original Age 60 Rule:

> (f) Exemptions - The Administrator may grant an exemption from a requirement of a regulation prescribed under subsection (a) or (b) of this section or any of sections 44702-44716 of this title if the Administrator finds the exemption is in the public interest.

231.   Pilots were allowed an exemption if they can show "why granting the exemption would not adversely affect safety" or how it would "provide a level of safety equal to that provided by the rule from which you seek the exemption." 14 C.F.R. § 11.81(e) (2008).

232.   For many years, the FAA carried out the plain meaning of the exemption standard and issued individual exemptions based on showings that pilots are not a danger to air safety due to their age.  It also allowed commuter pilots over the age 60 to fly. *See Yetman v. Garvey*, 261 F.3d 664, 668 (7th Cir.

2001).

233.   In 1995, the FAA hardened its stance and announced a categorical rejection of exemptions. *See* 60 Fed. Reg. 65,980 (1995).

234.   However, the rule continued to be arbitrarily applied. For example, approximately 200 commercial airline pilots were "grandfathered in for about four years" without negative results or tests on either competency or fitness. Marion Blakey, Federal Aviation Administrator, Address at the National Press Club Luncheon, Fed. News Service (Jan. 30, 2007).

235.   The original Age 60 Rule put the United States in direct conflict with international standards and agreements. On March 10, 2006, the International Civil Aviation Organization's (ICAO) governing council adopted a recommendation from the Air Navigation Commission to use the age of 65 as the age limit for air carrier pilots-in-command.

236.   Under this standard, an older pilot may serve as a pilot-in-command on a multi-pilot crew so long as the co-pilot is under the age of 60.

237.   The international standard became effective on November 23, 2006.

238.   In November 2006, the FAA allowed pilots over the age of 60 to fly airplanes into the United States acting as Pilot in Command (PIC), or captain.

239.   The FAA also allowed foreign carriers to operate into the United States with pilots over age 60 acting as Second in Command (SIC), or co-pilot for many years – predating the enactment of the FTEPA.

240.   Thus, senior pilots flying for foreign carriers like British Airways or Air France were allowed to pilot aircraft into U.S. cities while senior pilots for

U.S. carriers were prohibited from piloting the same aircraft.

241.    In a November 26, 2006 letter, the Equal Employment Opportunity

Commission (EEOC) notified the FAA that it had concluded over two decades

earlier that age was not a bona fide occupational qualification (BFOQ) for

pilots. Letter of Naomi C. Earp, Chair, EEOC, to the FAA (Nov. 15, 2006)

(finding that "[t]he Age 60 Rule runs counter to the narrow scope of the

BFOQ defense and the fact-specific, case-by-case analysis it requires.").

242.    On January 30, 2007, the FAA Administrator Marion Blakey spoke on the

lack of scientific or medical support for the Age 60 rule at the National Press

Club. *See* Marion Blakey, Federal Aviation Administrator, Address at

National Press Club, Fed. News Service (Jan. 30, 2007); *see also* Paul Beebe,

*Pilots' Age Rule Change Stirs Dissent*, Salt Lake Trib., March 10, 2007, at 5.

243.    Medical studies showed no basis for the Age 60 rule – finding no

diminishment of the physical or mental capabilities of senior pilots in the

operation of aircraft.  *See* NIH, Report of the National Institute on Aging,

Panel on the Experienced Pilots Study 1 (Aug. 1981); Kay, E. J., et al., Age 60

Project, Consolidated Database Experiments. Final Report. Federal Aviation

Administration, Civil Aeromedical Institute, Hilton Systems Technical Report

8025-3C(R2) (March 1993).

244.    Indeed, research showed that the more experienced pilots with more than 5000

hours of flight time had half the rate of accidents of other pilots. Li, Guohua,

et al., *Age, Flight Experience and Risk of Crash Involvement in a Cohort of*

*Professional Pilots*, 157 Am. J. of Epidemiology 10, 874-80 (Johns Hopkins

School of Public Health, Nov. 2002).

245.   Nevertheless, the FAA continued to fight efforts to challenge the Age 60 rule
and continued to deny exemptions to the rule for individual pilots. *See, e.g.,*
*Prof'l Pilots Fed'n v. FAA*, 118 F.3d 758 (D.C. Cir. 1997).

246.   The FAA continued to argue in court that there was a risk to air safety in
senior pilots operating commercial aircraft and that courts should defer to
such a judgment – even though the FAA (and Congress) later recognized that
there is no such risk or danger when the original Age 60 rule was abandoned.

247.   The Age 60 Rule was challenged by senior pilots, including dozens of the
plaintiffs in this case, but as noted below, Congress rejected the original Age
60 Rule before a final ruling by the United States Court of Appeals for the
District of Columbia in that prior action.

*The New Age 60 Rule*

248.   On December 13, 2007, President Bush signed the Fair Treatment for
Experienced Pilots Act, Pub. L. No. 110-135, 121 Stat. 1450 (2007)
(hereinafter "the Act").

249.   With this law, the FAA now accepts that pilots can serve up to age 65 in part
121 operations without endangering air safety. FAA Statement (March 13,
2008)

250.   Thus, these senior pilots (who previously challenged the original Age 60 rule)
could have flown without a danger to air safety and were denied flying
privileges on the basis of a sweeping claim that is now recognized as facially
invalid.

251. However, the Fair Treatment for Experienced Pilots Act (FTEPA) was enacted specifically to bar experienced pilots from being able to either fly or contest the denial of their seniority and benefits.

252. The new Age 60 rule was inserted after a lobbying effort by the Air Line Pilots Association (ALPA), which first opposed the elimination of the Age 60 Rule and then secured provisions that penalized senior pilots who sought continued employment. *See* DeWayne Wickham, *Rule Grounding Pilots at Age 60 Requires Overhaul*, USA Today, May 15, 2007, at 11A; Liz Feder, *NWA Pilots Oppose Oberstar on Retirement; Northwest and its ALPA branch Sought to Keep it at Age 60*, Star Tribune, Dec. 12, 2007, at 1.

253. The ALPA language was approved without a hearing and without changes to impose a new Age 60 rule for senior pilots.

254. Recently, ALPA President John Prater publicly revealed that the FAA had decided that safety considerations did not bar senior pilots from retroactive relief and that senior pilots were likely to receive such retroactive benefits in light of the rejection of the original Age 60 rule.

255. Prater stated in 2010 that "the FAA would not deny retroactivity in their rulemaking, as they only consider safety implications with no authority over seniority systems at carriers. Because we engaged with Congress, we were successful on both of those counts." *See generally* Statement of John Prater, Legislation & Regulatory, found at www.johnprater2010.com.

256. Prater and ALPA officials viewed senior pilots as opposed to their retention as union leaders and argued that stripping senior pilots of their accrued seniority

and status would work to the financial benefit of younger pilots in their union.

257.    Prater's comments reaffirms not only the absence of any safety concern over

the use of senior pilots but also the degree of control of ALPA in the drafting

of the language to achieve its own insular purposes.

258.    Transportation Committee Chairman James Oberstar, a major recipient of

ALPA campaign contributions, implemented the demands of ALPA and

inserted its language virtually without change or debate.

259.    Under the new law, the most experienced pilots are penalized on the sole basis

of their age regardless of their individual capabilities, health, or experience.

260.    The law includes a nonretroactivity provision at 49 U.S.C. § 44729(e) that

states "[n]o person who has attained 60 years of age before the date of

enactment of this section may serve as a pilot for an air carrier engaged in

covered operations unless --

   (A)    such person is in the employment of that air carrier in such
          operations on such date of enactment as a required flight deck crew
          member; or

   (B)    such person is newly hired by an air carrier as a pilot on or after
          such date of enactment without credit for prior seniority or prior
          longevity for benefits or other terms related to length of service
          prior to the date of rehire under any labor agreement or
          employment policies of the air carrier.

261.    Through the nonretroactivity provision, any pilot who attained 60 years of age

before December 13, 2007 is stripped of their seniority and benefits due

entirely to their age.

262.    Under this provision, the only way for a pilot born before December 13, 2007

("senior pilots") to return to work is to secure work as a new hire unless he or

she is a "required flight deck crew member."

263.  Congress further barred companies from seeking to ameliorate this injustice by mandating that they cannot voluntarily give credit for "prior seniority or prior longevity" in service. 49 U.S.C. § 44729(e)(1)(B).

264.  There is no explanation why a pilot who turned 60 on December 14, 2007 is safe to fly, but another pilot who turned 60 on December 12, 2007 must be re-hired without seniority or benefits.

265.  Congress went further to bar any judicial relief for such losses under 49 U.S.C. § 44729(e)(2), which states in pertinent part that "[a]n action taken in conformance with this section, taken in conformance with a regulation issued to carry out this section, or taken prior to the date of enactment of this section in conformance with section 121.383(c) . . . may not serve as a basis for liability or relief in a proceeding, brought under any employment law or regulation, before any court or agency of the United States or of any State or locality."

266.  During the brief House debate on December 11, 2007, the principal sponsor of the new Age 60 rule, Chairman James Oberstar acknowledged that Senators wanted the gross injustice of the original Age 60 rule addressed and that he sought to use that desire to push through other sought after items.

267.  Chairman Oberstar acknowledged on the House floor that the new language was used as "leverage" with the Senate to pass the transportation bill, stating that he refused "to separate out this provision from our reauthorization bill . . . in hopes that we would use this provision, among others, as leverage and as

part of our integral package on FAA reauthorization." 153 Cong. Rec. H15252-02 (daily ed. Dec. 11, 2007) (statement of Rep. Oberstar).

268.    The purpose of the FTEPA is to allow the nation to benefit from the experience and skills of senior pilots by preserving them in the ranks of active pilots. *Id.* (statements of Reps. Oberstar, Mica).

269.    Other members described the purpose of the bill as being to avoid the danger of a pilot shortage. *See, e.g., id.* (statement of Rep. Petri).

270.    The specific provisions challenged in this Complaint do not serve the stated purpose of the FTEPA.

271.    Indeed, the FTEPA works to force experienced pilots either out of the workforce or to the bottom of the seniority list where they are unlikely to use their skills.

272.    Once stripped of their seniority, senior pilots are unlikely to be able to pilot the large commercial aircraft on which they were certified before turning age 60 given the need to establish seniority to operate such aircraft.

273.    This dysfunctional impact of FTEPA is magnified by an FAA policy and interpretation that conflict with the plain meaning of the statute on protections afforded any "required flight deck crew member."

274.    Under the FTEPA and the FAA policies, the seniority and benefits of senior pilots are made entirely discretionary for air carriers to recognize or negate.

*Post-Enactment Confusion*

275.    Before the law was ever subject to agency interpretation, there was immediate confusion over its plain meaning.

276.   Under 49 U.S.C. § 44729(e)(A), a "*required flight deck crew member*" is not

subject to the seniority and status stripping provisions of the law.

277.   Congress, however, never defined what constitutes a "required flight deck

crew member."

278.   Under preexisting and current federal aviation regulations (FARs), pilots are

"required" flight deck crew members.

279.   FAR 121.481, for example, references the required pilots and their maximum

flight periods, which include pilots.

280.   FAR 121.483 extends the flight time limit to 12 hours if there are "two pilots

and one additional crewmember" – another reference to pilots as required

flight deck crew members.

281.   However, senior pilots were denied the benefits of 49 U.S.C. § 44729(e)(A)

by a series of conflicting interpretations by the FAA.

282.   The FAA first interpreted the phrase on January 18, 2008 to be limited to

flight engineers and second officers:

> FTEPA permits a person who reached age 60 before December 13
> but who is serving on that date as a "required flight deck crew member"
> for a Part 121 carrier to serve as a pilot for that carrier without loss of
> prior seniority or longevity. For this purpose, a "required flight deck
> crew member" means a Flight Engineer or Second Officer, since only such
> person could have been serving as a "flight deck crew member" after
> reaching age 60.

283.   This interpretation ignored the plain meaning of the statute that all "required"

flight personnel would be exempted from the seniority and status stripping

provision.

284.   The initial interpretation also ignored that fact that as the time of the

enactment senior pilots were in court opposing the original Age 60 rule and seeking the reinstatement of their flight privileges.

285. The litigation pending at the time (and later mooted by the Act) argued that the original rule was not based on any safety concern – the very position affirmed in the new legislation.

286. After facing widespread criticism over its January 18, 2008 interpretation, the FAA proceeded, on March 13, 2008, to change its interpretation by declaring that required crew would include "those check airmen who were over Age 60 and conducting checks from the jumpseat of aircraft operated by part 121 operators on and after enactment."

287. The latest FAA interpretation would extend the protections of 49 U.S.C. § 44729(e)(A) to some, but not all, pilots without explaining the exclusion of non-check airmen.

288. The new interpretation led Chairman Oberstar to demand that the FAA return to a more restrictive definition – a position taken by ALPA.

289. In a July 10, 2008 letter, Chairman Oberstar cited the "confusion among pilot groups" over the meaning of the statute and the lack of guidance offered by the FAA.

290. On the nonretroactivity provision, the FAA implemented a policy that simply ratified any decision of the air carriers in either stripping or recognizing accrued seniority, salary, or status.

291. The FAA implemented a policy that allows air carriers full discretion to either strip senior pilots of their seniority and benefits or to retain their seniority and

benefits.

292.   Some air carriers have been allowed by the FAA to classify senior pilots as

engineers and thus allow them to continue to fly with full seniority and

benefits.

293.   Other air carriers have barred all senior pilots from serving as pilots with their

earned seniority and benefits.

294.   JoBeth Lynch is a typical case where she was terminated when she reached 60

years of age with United Airlines.  She was stripped of her seniority and

benefits and hired as a new pilot by AirTran at the bottom of seniority and

was later furloughed due to her lack of seniority.

295.   Southwest Airlines also hired almost a dozen senior pilots as new hires

without seniority or accrued benefits.

296.   Other air carriers such as JetBlue have retained senior pilots with full benefits

and seniority by classifying them as Part 91 pilots and then having them

resume flights as Part 121 pilots.

297.   Despite its long-standing role in mandating the conditions and exclusions for

Part 121 pilots, the FAA has adopted a policy that it will not interpret or

intervene in matters under subsection (e) of the new law.

298.   The FAA declared in its March 13, 2008 statement that

The FAA does not administer any aspect of Section (e) of the Act and the
FAA need not interpret that provision of the Act in order to administer safety
standards because that provision is related to employment benefits and
employment seniority issues.  . . .  Again, however, Section (e) deals with
economic issues regarding who retains certain economic benefits under a
seniority system and who will be treated as a new hire for purposes of
receiving financial compensation and other benefits from the airline.

299.  Thus, the FAA confirms that the stripping of seniority and benefits has nothing to do with safety and furthermore that the FAA believes that air carriers have been given carte blanche in wiping out such accrued benefits or retaining them.

300.  The FTEPA and FAA policy interfere with the contractual relationship between senior pilots and air carriers to the detriment of senior pilots.

301.  The limitations placed on the senior pilots by the FTEPA are "unreasonable, arbitrary, or capricious" and have no "real and substantial relation to the object sought to be attained." *Nebbia v. New York*, 291 U.S. 502, 511 (1934).

302.  The vast majority of senior pilots in this action are veterans with distinguished records who have been stripped of their accrued status, salary and benefits despite federal laws and policies protecting veterans in the workplace.

303.  These senior pilots not only include some of the most experienced pilots in the nation but also some of the most decorated combat pilots in the United States.

*Prior Litigation*

304.  In 2007, senior pilots (including some of the Plaintiffs) filed a challenge to the original Age 60 rule alleging violations of their constitutional and statutory rights.

305.  After consideration of the claims, Judge John Bates advised the pilots that they should first challenge the failure to grant exemptions under federal law before the United States Court of Appeals for the District of Columbia.

306.  Senior pilots (including some of the Plaintiffs to this action) then agreed to withdraw their lawsuit and filed petitions seeking relief from the Court of

Appeals after being denied exemptions under the original Age 60 rule.

307.   In *Adams v. F.A.A.*, the D.C. Circuit ruled that the Fair Treatment for Experienced Pilots Act mooted their claims since "[s]eeking initial review of the statute here extends beyond the jurisdictional grant of 49 U.S.C. §46110(a)." 550 F.3d 1174, 1176 (D. C. Cir. 2008).

308.   The FTEPA had confirmed the position of the pilots that there was no safety justification for the original Age 60 Rule but the court stated that the petitioners would have to file again before the District Court to seek review of their constitutional and statutory claims. *Id.*

309.   Thus, after being advised to file before the Court of Appeals and to drop their earlier challenge before the District Court, the senior pilots were advised that they would have to seek review by going back to the District Court in light of the new Act.

## FIRST CLAIM FOR RELIEF

### (Unlawful Agency Action under 5 U.S.C. § 706(2)(A))

310.   Plaintiffs repeat and reallege the allegations set forth in paragraphs 1 through 309 as if set forth fully herein.

311.   The FAA policy maintains a conflicted and unsupported interpretation of "required flight deck crew members" to arbitrarily draw a line between "check pilots" and "non-check pilots."

312.   Under 49 U.S.C. § 44701 and other federal statutory authority, the FAA continues to have jurisdiction over the status of pilots and their ability to qualify as "required flight deck crew members" under FTEPA.

313.   The FAA previously asserted such jurisdiction under the original Age 60 rule and nothing in FTEPA removes such jurisdiction over the new Age 60 rule.

314.   The FAA policy also allows aviation companies to arbitrarily determine which pilots can retain their seniority and benefits.

315.   The FAA policy also allows air carriers to take similarly situated senior pilots and decide unilaterally whether to either recognize or strip pilots of their seniority status and benefits.

316.   The FAA policy also fails to tie the decision on nonretroactivity of seniority or benefits to any air safety determination.

317.   The FAA policy undermines federal law and policy protecting veterans in the workplace.

318.   The FAA policy specifically allows the arbitrary negation of protections for Vietnam veterans, including many of the Plaintiffs, under Vietnam Era Veterans Readjustment Assistance Acts, 38 U.S.C. § 4212 et seq., as amended by Amendments to 368; and the Veterans Benefits Improvements Act of 2008, Pub. L. No. 110-389, 122 Stat. 4145, as codified in 38 U.S.C. §§ 4301-4332; and 38 U.S.C. § 4327 (2006); and subject to 28 U.S.C. § 1658 and 38 U.S.C. § 4327(b)(2006).

319.   The FAA policy also allows the arbitrary negation of the Older Workers Benefit Protection Act, 29 U.S.C. § 626(f)(1)(H), in affording senior pilots uniform protections under federal law.

320.    Despite the fact that Congress directly made the seniority status and benefits of senior pilots a pre-condition of flying, the FAA refuses to interpret and enforce the meaning of the law in a consistent manner.

321.    The FAA is statutorily mandated as the agency that must enforce conditions for the fitness or qualification to fly commercial aircraft under either Part 91 or Part 121. 49 U.S.C. § 44702.

322.    The failure of the FAA to establish a consistent and coherent rule has led to gross disparities in the treatment of senior pilots.

323.    The Plaintiffs were directly injured as a result of this policy and all senior pilots have been harmed as a result of the denial of aforementioned rights and benefits.

324.    The FAA policy is an agency "action[], finding[] and conclusion[]" that is an "arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law." 5 U.S.C. § 706(2)(A).

325.    As such, the policy is unlawful and subject to be set aside under 5 U.S.C. § 706(2)(A).

## SECOND CLAIM FOR RELIEF

### (Violation of the Administrative Procedures Act)

326.    Plaintiffs repeat and reallege the allegations set forth in paragraphs 1 through 325 as if set forth fully herein.

327.    The FAA cannot argue that the policy on "required flight deck crew members" is merely an interpretation under 5 U.S.C. 553(b)(3)(A) that does not require publication of a notice or rulemaking procedures.

328.   Under the guise of an interpretation, the FAA has significantly changed the plain meaning of this subsection while declining to notify affected persons and offer an opportunity for comments.

329.   The statutory provision under 49 U.S.C. § 44729(e)(1)(A) governing "required flight deck crew members" plainly encompasses all pilots.

330.   The FAA issued a policy that altered the meaning of this language twice to first exclude all pilots and then to include some but not all pilots.

331.   The FAA policy is a generally applicable rule with widespread impact on pilot groups.

332.   The change constitutes a major change in the meaning and scope of the law that should be subject to notice and administrative procedure.

333.   The FAA maintains a conflicted and unsupported interpretation of "required flight deck crew members" to arbitrarily draw a line between "check pilots" and "non-check pilots."

334.   The senior pilots were never given notice or an opportunity to contest the factual and legal basis for the change in the statutory scheme.

335.   The FAA policy violates the requirements of 5 U.S.C. 553(b) and 5 U.S.C. 706(2)(D).

**THIRD CLAIM FOR RELIEF**

**(Unlawful Agency Action – Equal Protection)**

336.   Plaintiffs repeat and reallege the allegations set forth in paragraphs 1 through 335 as if set forth fully herein.

337.   The FAA policy of denying senior pilots protection as "required flight deck crew members" and allowing aviation companies to arbitrarily determine whether pilots can retain their seniority and benefits constitutes a denial of equal protection under the Fourteenth Amendment to the United States Constitution.

338.   The policy also allows for the denial to senior pilots of the same rights and benefits afforded other pilots, including both younger pilots and senior pilots allowed to retain their seniority and benefits.

339.   The Plaintiffs were directly injured as a result of this policy and all senior pilots have been harmed as a result of the denial of aforementioned rights and benefits.

340.   The FAA policy is unlawful and subject to be set aside under 5 U.S.C. § 706(2)(B).

## FOURTH CLAIM FOR RELIEF

### (Unlawful Agency Action – Due Process)

341.   Plaintiffs repeat and reallege the allegations set forth in paragraphs 1 through 340 as if set forth fully herein.

342.   The FAA policy of allowing companies to arbitrarily determine whether pilots can retain their seniority and benefits constitutes a denial of due process protections under the Fifth Amendment to the United States Constitution.

343.   The policy allows for the denial to senior pilots of the same rights and benefits afforded other pilots with due process of law.

344. The policy also distinguished between check and non-check senior pilots without the benefits of a hearing or a proper rulemaking process.

345. The Plaintiffs were directly injured as a result of this policy and all senior pilots have been harmed as a result of the denial of aforementioned rights and benefits.

346. The FAA policy is unlawful and subject to be set aside under 5 U.S.C. § 706(2)(B).

## FIFTH CLAIM FOR RELIEF

### (Unlawful Agency Action – Right to Contract)

347. Plaintiffs repeat and reallege the allegations set forth in paragraphs 1 through 346 as if set forth fully herein.

348. The FAA policy of allowing companies to arbitrarily determine whether pilots can retain their seniority and benefits constitutes a denial of the protection of the right to contract under the Due Process Clause of the Fifth Amendment to the United States Constitution.

349. The policy allows for the denial to senior pilots of the same rights and benefits afforded other pilots, including both younger pilots and senior pilots allowed to retain their seniority and benefits.

350. The Plaintiffs were directly injured as a result of this policy and all senior pilots have been harmed as a result of the denial of aforementioned rights and benefits.

351. The FAA policy is unlawful and subject to be set aside under 5 U.S.C. § 706(2)(B).

## SIXTH CLAIM FOR RELIEF

### (Equal Protection – Section 44729(e)(1) of FTEPA)

352.    Plaintiffs repeat and reallege the allegations set forth in paragraphs 1 through 351 as if set forth fully herein.

353.    Section 44729(e)(1) of FTEPA entitled "Nonretroactivity" denies senior pilots the Equal Protection guarantee imposed on the federal government by the Due Process Clause of the Fifth Amendment of the United States Constitution.

354.    Under the Act, pilots are discriminated on the basis of their age in barring the hiring of senior pilots without negating their seniority status.

355.    Under the Act, pilots are discriminated on the basis of their age in barring accrued benefits to senior pilots.

356.    The discrimination against senior pilots is not based on any finding that such seniority status or benefits are inimical to air safety or related in any way to the competence of senior pilots to operate aircraft.

357.    The Plaintiffs were directly injured as a result of age discrimination and all senior pilots have been harmed as a result of the denial of aforementioned rights and benefits.

## SEVENTH CLAIM FOR RELIEF

### (Equal Protection – Section 44729(e)(2) of FTEPA)

358.    Plaintiffs repeat and reallege the allegations set forth in paragraphs 1 through 357 as if set forth fully herein.

359.    Section 44729(e)(2) of FTEPA entitled "Protection for Compliance" denies senior pilots the Equal Protection guarantee imposed on the federal

government by the Due Process Clause of the Fifth Amendment of the United

States Constitution.

360.    This subsection singles out senior pilots for a prohibition on seeking judicial

review or relief of the loss of their property and professional status.

## EIGHTH CLAIM FOR RELIEF

### (Due Process – Section 44729(e)(1) of FTEPA)

361.    Plaintiffs repeat and reallege the allegations set forth in paragraphs 1 through

360 as if set forth fully herein.

362.    Section 44729(e)(1) of FTEPA entitled "Nonretroactivity" denies senior pilots

protections under the Due Process Clause of the Fifth Amendment of the

United States Constitution.

363.    The Act allows pilots to be stripped of valuable seniority status and benefits

without legal recourse or process.

364.    The Act also bars pilots from being able to challenge denials of seniority and

benefits under the Act.

365.    The Act strips senior pilots of accrued and future seniority, salaries, and

benefits without any individual determination or finding.

366.    The Plaintiffs were directly injured as a result of denial of due process and all

senior pilots have been harmed as a result of the denial of aforementioned

rights and benefits.

## NINETH CLAIM FOR RELIEF

### (Due Process – Section 44729(e)(2) of FTEPA)

367.   Plaintiffs repeat and reallege the allegations set forth in paragraphs 1 through 366 as if set forth fully herein.

368.   The Section 44729(e)(2) of FTEPA entitled "Protection for Compliance" denies senior pilots protections under the Due Process Clause of the Fifth Amendment of the United States Constitution.

369.   The Act bars senior pilots from seeking judicial review or relief for the denial of accrued and future seniority status, salaries, and benefits.

## TENTH CLAIM FOR RELIEF

### (Right to Contract -- Section 44729(e)(1) of FTEPA)

370.   Plaintiffs repeat and reallege the allegations set forth in paragraphs 1 through 369 as if set forth fully herein.

371.   Section 44729(e)(1) of FTEPA entitled "Nonretroactivity" denies senior pilots the right to contract protected by the Due Process Clause of the Fifth Amendment of the United States Constitution.

372.   This provision bars the ability of senior pilots to enforce contractual obligations to honor their accrued seniority and status as pilots.

373.   This provision also bars senior pilots from contracting with air carriers to recognize accrued seniority, salaries, and status.

374.   As interpreted by the FAA, this provision also bestows upon air carriers the arbitrary and unilateral authority to either bar or to recognize the seniority, status, and salaries accrued by senior pilots.

375.   The Plaintiffs were directly injured as a result of this provision and all senior pilots have been harmed as a result of the denial of aforementioned rights and benefits.

## ELEVENTH CLAIM FOR RELIEF

### (Right to Contract -- Section 44729(e)(2) of FTEPA)

376.   Plaintiffs repeat and reallege the allegations set forth in paragraphs 1 through 375 as if set forth fully herein.

377.   The Section 44729(e)(2) of FTEPA entitled "Protection for Compliance" denies senior pilots the right to contract protected by the Due Process Clause of the Fifth Amendment of the United States Constitution.

378.   This provision bars the ability of senior pilots to enforce contractual obligations to honor their accrued seniority and status as pilots by stripping them of their ability to seek judicial review and relief.

379.   The Plaintiffs were directly injured as a result of this provision and all senior pilots have been harmed as a result of the denial of aforementioned rights and benefits.

## TWELTH CLAIM FOR RELIEF

### (Takings Clause)

380.   Plaintiffs repeat and reallege the allegations set forth in paragraphs 1 through 379 as if set forth fully herein.

381.   The Fair Treatment of Experienced Pilots Act denies senior pilots protections under the Takings Clause of the Fifth Amendment of the United States Constitution.

382. Under FTEPA, the accrued seniority status and benefits for senior pilots are negated.

383. Congress and the FAA, however, have acknowledged that there is no air safety justification for barring senior pilots from flying commercial aircraft under Part 121.

384.  Thus, the senior pilots (who were challenging the original Rule 60 at the time of the enactment) should not have been barred on the basis of their age with resulting loss of wages, seniority, and status.

385. FTEPA also allows air carriers to avoid contractual and legal obligations to senior pilots based on seniority status and benefits of senior pilots.

386. Under FTEPA, the FAA has allowed air carriers to arbitrarily recognize or negate such seniority status and benefits at their discretion.

387. The senior pilots were singled out as a group for the loss of such seniority and benefits, without compensation, in violation of the Takings Clause of the Fifth Amendment.

388. The Plaintiffs were directly injured as a result of this taking and all senior pilots have been harmed as a result of the denial of aforementioned rights and benefits.

## THIRTEENTH CLAIM FOR RELIEF

### (Bill of Attainder Clause)

389. Plaintiffs repeat and reallege the allegations set forth in paragraphs 1 through 388 as if set forth fully herein.

390.   Article I, Section 9 of the United States Constitution provides that "no Bill of Attainder . . . shall be passed."

391.   In enacting FTEPA, Congress stripped senior pilots of their property and their professional status in favor of the more powerful interests of ALPA and air carriers.

392.   Senior pilots constitute an insular and defined class of citizens among pilots at large.

393.   FTEPA applies with specificity to this one relatively small class of pilots.

394.   FTEPA imposes a form of punishment on senior pilots in the negation of their accrued seniority status and benefits.

395.   FTEPA denies senior pilots property in the form of future earnings and benefits as well as their professional status.

396.   FTEPA denies senior pilots the protections of federal laws ranging from prohibitions on age discrimination to the protections afforded to Vietnam veterans.

397.   FTEPA denies the pilots their right to contract based on their accrued seniority and benefits.

398.   FTEPA further imposes a bill of attainder while attempting to bar pilots from seeking judicial review of loss of property or status.

## RELIEF REQUESTED

WHEREFORE, the Plaintiffs pray that this Court:

1.   Enter an order declaring that the FAA policy described in this filing violates the Fifth Amendment and the Fourteenth Amendment of the United States

Constitution as well as the Administrative Procedures Act, 5 U.S.C. § 552(b) and

5 U.S.C. § 706(2)(A, B & D).

2.   Enter an order declaring that the Fair Treatment for Experienced Pilots Act, or

the specific provisions challenged in this action, violate the Fifth Amendment and

the Fourteenth Amendment of the United States Constitution.

3.   Award the Plaintiffs reasonable attorneys' fees and costs incurred in

maintaining this action pursuant to the Equal Access to Justice Act, 28 U.S.C. §

2412 (1994 & Supp. 1996).

4.   Award the Plaintiffs damages and reasonable attorneys' fees and costs

incurred in maintaining this action pursuant to 5 U.S.C. § 706(2)(B).

5.   Award such other relief as it may deem just and proper.


                              Respectfully submitted,


                              Jonathan Turley (D.C. Bar 417674)
                              2000 H St., N.W.
                              Washington, D.C.  20052
                              (202) 994-7001
                              Counsel for the Plaintiffs


Dated:  09/28/2010